**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Lee A. Yeager                                                    CHAPTER 13
        Mandy S. Yeager fka Mandy S.
Campbell                                                                      BKY. NO. 25-21613 JCM

<u>Debtor(s)</u>

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

                    Respectfully submitted,

/s/ 
Denise Carlon
26 Jun 2025, 11:43:20, EDT

Denise Carlon, Esq. (317226)   ☑
Matthew Fissel, Esq. (314567)  ☐
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com