# United States Bankruptcy Court
## Western District of Pennsylvania

In re  **Lee A. Yeager**
      **Mandy S. Yeager**
      _____
                  Debtor(s)

Case No.  **25-21613-JCM**
Chapter   **13**

# PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I,  **Lee A. Yeager**  , declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐    I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐    I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

■    I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.


I,  **Mandy S. Yeager**  , declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐    I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐    I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

■    I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.


Date  **July 16, 2025**          Signature  **/s/ Lee A. Yeager**
                                            **Lee A. Yeager**
                                            Debtor

Date  **July 16, 2025**          Signature  **/s/ Mandy S. Yeager**
                                            **Mandy S. Yeager**
                                            Joint Debtor



**CLIFFS**

Cleveland-Cliffs Steel Corporation   9227 Centre Point Dr West Chester, OH 45069
Lee Yeager   427 Chicora Rd. Butler, PA 16001

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Lee Yeager | Cleveland-Cliffs Steel Corporation | 1313200 | 06/08/2025 | 06/14/2025 | 06/18/2025 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 32.00 | 1,266.48 | 153.99 | 290.12 | 106.06 | 716.31 |
| YTD | 1,031.50 | 45,271.42 | 4,623.39 | 11,435.60 | 2,862.32 | 26,350.11 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Butler Hourly Bonus | 06/08/2025 - 06/14/2025 | 535 | 0 | 0.00 | 2,208.00 |
| GTL (Imputed Income) | 06/08/2025 - 06/14/2025 | 0 | 0 | 0.87 | 19.14 |
| Group Term Life - Dependent | 06/08/2025 - 06/14/2025 | 0 | 0 | 0.11 | 2.42 |
| Holiday Not Worked | | | 0 | | 810.01 |
| Holiday Worked | | | 0 | | 1,418.22 |
| IAM Pension Contribution | 06/08/2025 - 06/14/2025 | 32 | 3 | 0.00 | 0.00 |
| Incentive | 06/08/2025 - 06/14/2025 | 0 | 0 | 129.52 | 3,463.70 |
| Overtime - Premium Pay | | | 0 | | 1,985.34 |
| Regular Base Pay | 06/08/2025 - 06/14/2025 | 32 | 35.18 | 1,125.76 | 30,702.07 |
| Shift Differential | 06/08/2025 - 06/14/2025 | 0 | 0 | 11.20 | 239.45 |
| Sick & Accident FT | | | 0 | | 1,764.29 |
| Sunday - Premium | | | 0 | | 631.22 |
| Vacation | | | 0 | | 2,049.12 |
| Earnings | | | | 1,267.46 | 45,292.98 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 76.10 | 2,751.12 |
| Medicare | 17.80 | 643.41 |
| Federal Withholding | 144.41 | 6,179.14 |
| State Tax - PA | 37.66 | 1,361.69 |
| SUI-Employee Paid - PA | 0.88 | 31.69 |
| City Tax - BUTLR | 12.27 | 443.55 |
| PA LST - BUTLR | 1.00 | 25.00 |
| Employee Taxes | 290.12 | 11,435.60 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| HSA Contribution | 40.00 | 920.00 |
| Thrift Pre Tax Contribution | 113.99 | 3,703.39 |
| Pre Tax Deductions | 153.99 | 4,623.39 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Activity Fund | | 25.00 |
| Critical Illness | 5.91 | 147.75 |
| Thrift Plan Loan (Loan #1) | 97.68 | 2,116.11 |
| Union Dues | | 511.71 |
| VolBen - WD | 2.47 | 61.75 |
| Post Tax Deductions | 106.06 | 2,862.32 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Employer Basic Life / AD&D | 3.35 | 77.05 |
| Employer Disability | 2.08 | 47.84 |
| Employer HSA Contributions | | 3,000.00 |
| Employer Paid Health Care | 486.52 | 13,622.56 |
| IAM Pension Contribution | 96.00 | 3,207.00 |
| Thrift Plan Basic Employer Match | 50.66 | 1,652.08 |
| Employer Paid Benefits | 638.61 | 21,606.53 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,227.46 | 44,372.98 |
| Medicare - Taxable Wages | 1,227.46 | 44,372.98 |
| Federal Withholding - Taxable Wages | 1,113.47 | 40,669.59 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 50 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| BUTLER ARMCO EMP CU | NET CHECKING | ******5877 | | 466.31 | USD |
| BUTLER ARMCO EMP CU | PARTIAL SAVINGS | ******6128 | | 250.00 | USD |



# CLIFFS

Cleveland-Cliffs Steel Corporation   9227 Centre Pointe Dr West Chester, OH 45069
Lee Yeager   427 Chicora Rd, Butler, PA 16001

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Lee Yeager | Cleveland-Cliffs Steel Corporation | 1313200 | 06/01/2025 | 06/07/2025 | 06/12/2025 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 40.00 | 1,589.10 | 183.02 | 382.03 | 208.53 | 815.52 |
| YTD | 929.50 | 44,004.94 | 4,469.40 | 11,145.48 | 2,756.26 | 25,633.80 |

## Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Butler Hourly Bonus | 06/01/2025 - 06/07/2025 | 535 | 0 | 0.00 | 2,208.00 |
| GTL (Imputed Income) | 06/01/2025 - 06/07/2025 | 0 | 0 | 0.87 | 18.27 |
| Group Term Life - Dependent | 06/01/2025 - 06/07/2025 | 0 | 0 | 0.11 | 2.31 |
| Holiday Not Worked | | | 0 | | 610.01 |
| Holiday Worked | | | 0 | | 1,418.22 |
| IAM Pension Contribution | 06/01/2025 - 06/07/2025 | 40 | 3 | 0.00 | 0.00 |
| Incentive | 06/01/2025 - 06/07/2025 | 0 | 0 | 161.90 | 3,334.18 |
| Overtime - Premium Pay | | | 0 | | 1,985.34 |
| Regular Base Pay | 06/01/2025 - 06/07/2025 | 40 | 35.18 | 1,407.20 | 29,676.31 |
| Shift Differential | 06/01/2025 - 06/07/2025 | 0 | 0 | 20.00 | 328.25 |
| Sick & Accident FT | | | 0 | | 1,764.29 |
| Sunday - Premium | | | 0 | | 631.22 |
| Vacation | | | 0 | | 2,049.12 |
| Earnings | | | | 1,590.08 | 44,025.52 |

## Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 96.10 | 2,675.02 |
| Medicare | 22.48 | 625.61 |
| Federal Withholding | 198.28 | 6,034.73 |
| State Tax - PA | 47.56 | 1,324.03 |
| SUI-Employee Paid - PA | 1.12 | 30.61 |
| City Tax - BUTLR | 15.49 | 431.28 |
| PA LST - BUTLR | 1.00 | 24.00 |
| Employee Taxes | 382.03 | 11,145.48 |

## Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| HSA Contribution | 40.00 | 880.00 |
| Thrift Pre Tax Contribution | 143.02 | 3,589.40 |
| Pre Tax Deductions | 183.02 | 4,469.40 |

## Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Activity Fund | 5.00 | 25.00 |
| Chrical Fitness | 5.91 | 141.84 |
| Thrift Plan Loan (Loan #1) | 97.68 | 2,018.43 |
| Union Dues | 97.47 | 511.71 |
| VolBen - WD | 2.47 | 59.28 |
| Post Tax Deductions | 208.53 | 2,756.26 |

## Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Employer Basic Life / AD&D | 3.35 | 73.70 |
| Employer Disability | 2.08 | 45.76 |
| Employer HSA Contributions | | 3,000.00 |
| Employer Paid Health Care | 486.52 | 13,136.04 |
| IAM Pension Contribution | 120.00 | 3,111.00 |
| Thrift Plan Basic Employer Match | 63.57 | 1,601.42 |
| Employer Paid Benefits | 675.52 | 20,967.92 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 50 | 0 |

## Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| BUTLER ARMCO EMP CU | NET CHECKING | ******5877 | | 565.52 | USD |
| BUTLER ARMCO EMP CU | PARTIAL SAVINGS | ******6128 | | 250.00 | USD |





### Cleveland-Cliffs Steel Corporation — 9227 Centre Point Dr West Chester, OH 45069
Lee Yeager  427 Chicora Rd. Butler, PA 16001

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Lee Yeager | Cleveland-Cliffs Steel Corporation | 1313200 | 05/25/2025 | 05/31/2025 | 06/05/2025 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 48.00 | 2,043.48 | 223.92 | 526.57 | 106.06 | 1,186.93 |
| YTD | 959.50 | 42,415.84 | 4,286.38 | 10,763.45 | 2,547.73 | 24,818.28 |

#### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Butler Hourly Bonus | 05/25/2025 - 05/31/2025 | 535 | 0 | 0.00 | 2,208.00 |
| GTL (Imputed Income) | 05/25/2025 - 05/31/2025 | 0 | 0 | 0.87 | 17.40 |
| Group Term Life - Dependent | 05/25/2025 - 05/31/2025 | 0 | 0 | 0.11 | 2.20 |
| Holiday Not Worked | 05/25/2025 - 05/31/2025 | 8 | 39.2975 | 314.38 | 810.01 |
| Holiday Worked | | | 0 | | 1,418.22 |
| IAM Pension Contribution | 05/25/2025 - 05/31/2025 | 48 | 3 | 0.00 | 0.00 |
| Incentive | 05/25/2025 - 05/31/2025 | 0 | 0 | 161.90 | 3,172.28 |
| Overtime - Premium Pay | | 8 | 19.6488 | 157.20 | 1,985.34 |
| Regular Base Pay | 05/25/2025 - 05/31/2025 | 40 | 35.18 | 1,407.20 | 28,169.11 |
| Shift Differential | 05/25/2025 - 05/31/2025 | 0 | 0 | 2.80 | 208.25 |
| Sick & Accident FT | | | 0 | | 1,764.29 |
| Sunday - Premium | | | 0 | | 631.22 |
| Vacation | | | 0 | | 2,049.12 |
| Earnings | | | | 2,044.46 | 42,435.44 |

#### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 124.28 | 2,578.92 |
| Medicare | 29.06 | 603.13 |
| Federal Withholding | 289.25 | 5,836.45 |
| State Tax - PA | 61.51 | 1,276.47 |
| SUI-Employee Paid - PA | 1.43 | 29.69 |
| City Tax - BUTLR | 20.04 | 415.79 |
| PA LST - BUTLR | 1.00 | 23.00 |
| Employee Taxes | 526.57 | 10,763.45 |

#### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| HSA Contribution | 40.00 | 840.00 |
| Thrift Pre Tax Contribution | 183.92 | 3,446.38 |
| Pre Tax Deductions | 223.92 | 4,286.38 |

#### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Activity Fund | | 20.00 |
| Critical Illness | 5.91 | 135.93 |
| Thrift Plan Loan (Loan #1) | 97.68 | 1,920.75 |
| Union Dues | | 414.24 |
| VolBen - WD | 2.47 | 56.81 |
| Post Tax Deductions | 106.06 | 2,547.73 |

#### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Employer Basic Life / AD&D | 3.35 | 70.35 |
| Employer Disability | 2.08 | 43.68 |
| Employer HSA Contributions | | 3,000.00 |
| Employer Paid Health Care | 486.52 | 12,649.52 |
| IAM Pension Contribution | 144.00 | 2,991.00 |
| Thrift Plan Basic Employer Match | 81.74 | 1,537.85 |
| Employer Paid Benefits | 717.69 | 20,292.40 |

#### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,004.46 | 41,595.44 |
| Medicare - Taxable Wages | 2,004.46 | 41,595.44 |
| Federal Withholding - Taxable Wages | 1,820.54 | 38,149.06 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 50 | 0 |

#### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| BUTLER ARMCO EMP CU | NET CHECKING | ******5877 | | 936.93 | USD |
| BUTLER ARMCO EMP CU | PARTIAL SAVINGS | ******6128 | | 250.00 | USD |





Cleveland-Cliffs Steel Corporation  9227 Centre Point Dr West Chester, OH 45069
Lee Yeager  427 Chicora Rd. Butler, PA 16001

| Name | Company | | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|---|
| Lee Yeager | Cleveland-Cliffs Steel Corporation | | | 1313200 | 05/18/2025 | 05/24/2025 | 05/29/2025 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 0.00 | 2,049.12 | 224.43 | 528.05 | 106.06 | 1,190.58 |
| YTD | 911.50 | 40,372.36 | 4,062.46 | 10,236.88 | 2,441.67 | 23,631.35 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Butler Hourly Bonus | 05/18/2025 - 05/24/2025 | 535 | 0 | 0.00 | 2,208.00 |
| GTL (Imputed Income) | | | 0 | | 16.53 |
| Group Term Life - Dependent | | | 0 | | 2.09 |
| Holiday Not Worked | | | 0 | | 495.63 |
| Holiday Worked | | | 0 | | 1,418.22 |
| IAM Pension Contribution | 05/18/2025 - 05/24/2025 | 46 | 3 | 0.00 | 0.00 |
| Incentive | | | 0 | | 3,010.38 |
| Overtime - Premium Pay | | | 0 | | 1,828.14 |
| Regular Base Pay | | | 0 | | 26,761.91 |
| Shift Differential | | | 0 | | 205.45 |
| Sick & Accident FT | | | 0 | | 1,764.29 |
| Sunday - Premium | | | 0 | | 631.22 |
| Vacation | 05/18/2025 - 05/24/2025 | 40 | 51.228 | 2,049.12 | 2,049.12 |
| Earnings | | | | 2,049.12 | 40,390.98 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 124.56 | 2,454.64 |
| Medicare | 29.13 | 574.07 |
| Federal Withholding | 290.16 | 5,547.20 |
| State Tax - PA | 61.68 | 1,214.96 |
| SUI-Employee Paid - PA | 1.43 | 28.26 |
| City Tax - BUTLR | 20.09 | 395.75 |
| PA LST - BUTLR | 1.00 | 22.00 |
| Employee Taxes | 528.05 | 10,236.88 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| HSA Contribution | 40.00 | 800.00 |
| Thrift Pre Tax Contribution | 184.43 | 3,262.46 |
| Pre Tax Deductions | 224.43 | 4,062.46 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Activity Fund | | 20.00 |
| Critical Illness | 5.91 | 130.02 |
| Thrift Plan Loan (Loan #1) | 97.68 | 1,823.07 |
| Union Dues | | 414.24 |
| VolBen - WD | 2.47 | 54.34 |
| Post Tax Deductions | 106.06 | 2,441.67 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Employer Basic Life / AD&D | 3.35 | 67.00 |
| Employer Disability | 2.08 | 41.60 |
| Employer HSA Contributions | | 3,000.00 |
| Employer Paid Health Care | 486.52 | 12,163.00 |
| IAM Pension Contribution | 138.00 | 2,847.00 |
| Thrift Plan Basic Employer Match | 81.97 | 1,456.11 |
| Employer Paid Benefits | 711.92 | 19,574.71 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,009.12 | 39,590.98 |
| Medicare - Taxable Wages | 2,009.12 | 39,590.98 |
| Federal Withholding - Taxable Wages | 1,824.69 | 36,328.52 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 50 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| BUTLER ARMCO EMP CU | NET CHECKING | ******5877 | | 940.58 | USD |
| BUTLER ARMCO EMP CU | PARTIAL SAVINGS | ******6128 | | 250.00 | USD |



Cleveland-Cliffs Steel Corporation    9227 Centre Point Dr West Chester, OH 45069
Lee Yeager    427 Chicora Rd. Butler, PA 16001

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Lee Yeager | Cleveland-Cliffs Steel Corporation | 1313200 | 05/11/2025 | 05/17/2025 | 05/22/2025 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 53.00 | 1,946.66 | 215.20 | 495.79 | 106.06 | 1,129.61 |
| YTD | 911.50 | 38,323.24 | 3,838.03 | 9,708.83 | 2,335.61 | 22,440.77 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Butler Hourly Bonus | 05/11/2025 - 05/17/2025 | 535 | 0 | 0.00 | 2,208.00 |
| GTL (Imputed Income) | 05/11/2025 - 05/17/2025 | 0 | 0 | 0.87 | 16.53 |
| Group Term Life - Dependent | 05/11/2025 - 05/17/2025 | 0 | 0 | 0.11 | 2.09 |
| Holiday Not Worked | | | 0 | | 495.63 |
| Holiday Worked | | | 0 | | 1,418.22 |
| IAM Pension Contribution | 05/11/2025 - 05/17/2025 | 45 | 3 | 0.00 | 0.00 |
| Incentive | 05/11/2025 - 05/17/2025 | 0 | 0 | 182.14 | 3,010.38 |
| Overtime - Premium Pay | 05/11/2025 - 05/17/2025 | 8 | 19.8638 | 158.92 | 1,828.14 |
| Regular Base Pay | 05/11/2025 - 05/17/2025 | 45 | 35.18 | 1,583.10 | 26,761.91 |
| Shift Differential | 05/11/2025 - 05/17/2025 | 0 | 0 | 22.50 | 205.45 |
| Sick & Accident FT | | | 0 | | 1,764.29 |
| Sunday - Premium | | | 0 | | 631.22 |
| Earnings | | | | 1,947.64 | 38,341.86 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 118.28 | 2,330.08 |
| Medicare | 27.66 | 544.94 |
| Federal Withholding | 269.87 | 5,257.04 |
| State Tax - PA | 58.54 | 1,153.28 |
| SUI-Employee Paid - PA | 1.37 | 26.83 |
| City Tax - BUTLR | 19.07 | 375.66 |
| PA LST - BUTLR | 1.00 | 21.00 |
| Employee Taxes | 495.79 | 9,708.83 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| HSA Contribution | 40.00 | 760.00 |
| Thrift Pre Tax Contribution | 175.20 | 3,078.03 |
| Pre Tax Deductions | 215.20 | 3,838.03 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Activity Fund | | 20.00 |
| Critical Illness | 5.91 | 124.11 |
| Thrift Plan Loan (Loan #1) | 97.68 | 1,725.39 |
| Union Dues | | 414.24 |
| VolBen - WD | 2.47 | 51.87 |
| Post Tax Deductions | 106.06 | 2,335.61 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Employer Basic Life / AD&D | 3.35 | 63.65 |
| Employer Disability | 2.08 | 39.52 |
| Employer HSA Contributions | | 3,000.00 |
| Employer Paid Health Care | 486.52 | 11,676.48 |
| IAM Pension Contribution | 135.00 | 2,709.00 |
| Thrift Plan Basic Employer Match | 77.87 | 1,374.14 |
| Employer Paid Benefits | 704.82 | 18,862.79 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,907.64 | 37,581.86 |
| Medicare - Taxable Wages | 1,907.64 | 37,581.86 |
| Federal Withholding - Taxable Wages | 1,732.44 | 34,503.83 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 50 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| BUTLER ARMCO EMP CU | NET CHECKING | ******5877 | | 879.61 | USD |
| BUTLER ARMCO EMP CU | PARTIAL SAVINGS | ******6128 | | 250.00 | USD |



Cleveland-Cliffs Steel Corporation    9227 Centre Point Dr West Chester, OH 45069
Lee Yeager    427 Chicora Rd. Butler, PA 16001

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Lee Yeager | Cleveland-Cliffs Steel Corporation | 1313200 | 05/04/2025 | 05/10/2025 | 05/15/2025 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 72.00 | 2,467.58 | 262.09 | 661.47 | 110.22 | 1,433.80 |
| YTD | 858.50 | 36,376.58 | 3,622.83 | 9,213.04 | 2,229.55 | 21,311.16 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Butler Hourly Bonus | 05/04/2025 - 05/10/2025 | 535 | 0 | 0.00 | 2,208.00 |
| GTL (Imputed Income) | 05/04/2025 - 05/10/2025 | 0 | 0 | 0.87 | 15.66 |
| Group Term Life - Dependent | 05/04/2025 - 05/10/2025 | 0 | 0 | 0.11 | 1.98 |
| Holiday Not Worked | | | 0 | | 495.63 |
| Holiday Worked | | | 0 | | 1,418.22 |
| IAM Pension Contribution | 05/04/2025 - 05/10/2025 | 56 | 3 | 0.00 | 0.00 |
| Incentive | 05/04/2025 - 05/10/2025 | 0 | 0 | 216.42 | 2,828.24 |
| Overtime - Premium Pay | 05/04/2025 - 05/10/2025 | 16 | 19.2775 | 308.44 | 1,669.22 |
| Regular Base Pay | 05/04/2025 - 05/10/2025 | 16 | 33.12 | 529.92 | |
| Regular Base Pay | 05/04/2025 - 05/10/2025 | 40 | 35.18 | 1,407.20 | 25,178.81 |
| Shift Differential | 05/04/2025 - 05/10/2025 | 0 | 0 | 5.60 | 182.95 |
| Sick & Accident FT | | | 0 | | 1,764.29 |
| Sunday - Premium | | | 0 | | 631.22 |
| Earnings | | | | 2,468.56 | 36,394.22 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 150.57 | 2,211.80 |
| Medicare | 35.22 | 517.28 |
| Federal Withholding | 374.15 | 4,987.17 |
| State Tax - PA | 74.53 | 1,094.74 |
| SUI-Employee Paid - PA | 1.72 | 25.46 |
| City Tax - BUTLR | 24.28 | 356.59 |
| PA LST - BUTLR | 1.00 | 20.00 |
| Employee Taxes | 661.47 | 9,213.04 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| HSA Contribution | 40.00 | 720.00 |
| Thrift Pre Tax Contribution | 222.09 | 2,902.83 |
| Pre Tax Deductions | 262.09 | 3,622.83 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Activity Fund | | 20.00 |
| Critical Illness | 8.85 | 118.20 |
| Thrift Plan Loan (Loan #1) | 97.68 | 1,627.71 |
| Union Dues | | 414.24 |
| VolBen - WD | 3.69 | 49.40 |
| Post Tax Deductions | 110.22 | 2,229.55 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Employer Basic Life / AD&D | 3.35 | 60.30 |
| Employer Disability | 2.08 | 37.44 |
| Employer HSA Contributions | | 3,000.00 |
| Employer Paid Health Care | 486.52 | 11,189.96 |
| IAM Pension Contribution | 168.00 | 2,574.00 |
| Thrift Plan Basic Employer Match | 98.71 | 1,296.27 |
| Employer Paid Benefits | 758.66 | 18,157.97 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,428.56 | 35,674.22 |
| Medicare - Taxable Wages | 2,428.56 | 35,674.22 |
| Federal Withholding - Taxable Wages | 2,206.47 | 32,771.39 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 50 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| BUTLER ARMCO EMP CU | NET CHECKING | ******5877 | | 1,183.80 | USD |
| BUTLER ARMCO EMP CU | PARTIAL SAVINGS | ******6128 | | 250.00 | USD |



Cleveland-Cliffs Steel Corporation   9227 Centre Point Dr West Chester, OH 45069
Lee Yeager   427 Chicora Rd. Butler, PA 16001

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Lee Yeager | Cleveland-Cliffs Steel Corporation | 1313200 | 04/27/2025 | 05/03/2025 | 05/08/2025 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 37.00 | 1,306.06 | 157.55 | 299.12 | 213.33 | 636.06 |
| YTD | 786.50 | 33,909.00 | 3,360.74 | 8,551.57 | 2,119.33 | 19,877.36 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Butler Hourly Bonus | 04/27/2025 - 05/03/2025 | 535 | 0 | 0.00 | 2,208.00 |
| GTL (Imputed Income) | 04/27/2025 - 05/03/2025 | 0 | 0 | 0.87 | 14.79 |
| Group Term Life - Dependent | 04/27/2025 - 05/03/2025 | 0 | 0 | 0.11 | 1.87 |
| Holiday Not Worked | | 0 | | | 495.63 |
| Holiday Worked | | 0 | | | 1,418.22 |
| IAM Pension Contribution | 04/27/2025 - 05/03/2025 | 29 | 3 | 0.00 | 0.00 |
| Incentive | 04/27/2025 - 05/03/2025 | 0 | 0 | 117.38 | 2,611.82 |
| Overtime - Premium Pay | | 0 | | | 1,360.78 |
| Regular Base Pay | 04/27/2025 - 05/03/2025 | 29 | 35.18 | 1,020.22 | 23,241.69 |
| Shift Differential | 04/27/2025 - 05/03/2025 | 0 | 0 | 10.15 | 177.35 |
| Sick & Accident FT | | 0 | | | 1,764.29 |
| Sunday - Premium | 04/27/2025 - 05/03/2025 | 8 | 19.79 | 158.31 | 631.22 |
| Earnings | | | | 1,307.04 | 33,925.66 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 78.56 | 2,061.23 |
| Medicare | 18.37 | 482.06 |
| Federal Withholding | 148.74 | 4,613.02 |
| State Tax - PA | 38.87 | 1,020.21 |
| SUI-Employee Paid - PA | 0.92 | 23.74 |
| City Tax - BUTLR | 12.66 | 332.31 |
| PA LST - BUTLR | 1.00 | 19.00 |
| Employee Taxes | 299.12 | 8,551.57 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| HSA Contribution | 40.00 | 680.00 |
| Thrift Pre Tax Contribution | 117.55 | 2,680.74 |
| Pre Tax Deductions | 157.55 | 3,360.74 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Activity Fund | 5.00 | 20.00 |
| Critical Illness | 8.87 | 109.35 |
| Thrift Plan Loan (Loan #1) | 97.68 | 1,530.03 |
| Union Dues | 98.07 | 414.24 |
| VolBen - WD | 3.71 | 45.71 |
| Post Tax Deductions | 213.33 | 2,119.33 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Employer Basic Life / AD&D | 3.35 | 56.95 |
| Employer Disability | 2.08 | 35.36 |
| Employer HSA Contributions | | 3,000.00 |
| Employer Paid Health Care | 486.52 | 10,703.44 |
| IAM Pension Contribution | 87.00 | 2,406.00 |
| Thrift Plan Basic Employer Match | 52.25 | 1,197.56 |
| Employer Paid Benefits | 631.20 | 17,399.31 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,267.04 | 33,245.66 |
| Medicare - Taxable Wages | 1,267.04 | 33,245.66 |
| Federal Withholding - Taxable Wages | 1,149.49 | 30,564.92 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 50 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| BUTLER ARMCO EMP CU | NET CHECKING | ******5877 | | 386.06 | USD |
| BUTLER ARMCO EMP CU | PARTIAL SAVINGS | ******6128 | | 250.00 | USD |



Cleveland-Cliffs Steel Corporation   9227 Centre Point Dr West Chester, OH 45069
Lee Yeager   427 Chicora Rd. Butler, PA 16001

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Lee Yeager | Cleveland-Cliffs Steel Corporation | 1313200 | 04/20/2025 | 04/26/2025 | 05/01/2025 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 56.00 | 2,065.84 | 225.93 | 533.68 | 12.58 | 1,293.65 |
| YTD | 749.50 | 32,602.94 | 3,203.19 | 8,252.45 | 1,906.00 | 19,241.30 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Butler Hourly Bonus | 04/20/2025 - 04/26/2025 | 535 | 0 | 0.00 | 2,208.00 |
| GTL (Imputed Income) | 04/20/2025 - 04/26/2025 | 0 | 0 | 0.87 | 13.92 |
| Group Term Life - Dependent | 04/20/2025 - 04/26/2025 | 0 | 0 | 0.11 | 1.76 |
| Holiday Not Worked | | | 0 | | 495.63 |
| Holiday Worked | | | 0 | | 1,418.22 |
| IAM Pension Contribution | 04/20/2025 - 04/26/2025 | 48 | 3 | 0.00 | 0.00 |
| Incentive | 04/20/2025 - 04/26/2025 | 0 | 0 | 194.28 | 2,494.44 |
| Overtime - Premium Pay | 04/20/2025 - 04/26/2025 | 8 | 19.8638 | 158.92 | 1,360.78 |
| Regular Base Pay | 04/20/2025 - 04/26/2025 | 48 | 35.18 | 1,688.64 | 22,221.47 |
| Shift Differential | 04/20/2025 - 04/26/2025 | 0 | 0 | 24.00 | 167.20 |
| Sick & Accident FT | | | 0 | | 1,764.29 |
| Sunday - Premium | | | 0 | | 472.91 |
| Earnings | | | | 2,066.82 | 32,618.62 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 125.66 | 1,982.67 |
| Medicare | 29.39 | 463.69 |
| Federal Withholding | 293.73 | 4,464.28 |
| State Tax - PA | 62.20 | 981.34 |
| SUI-Employee Paid - PA | 1.44 | 22.82 |
| City Tax - BUTLR | 20.26 | 319.65 |
| PA LST - BUTLR | 1.00 | 18.00 |
| Employee Taxes | 533.68 | 8,252.45 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| HSA Contribution | 40.00 | 640.00 |
| Thrift Pre Tax Contribution | 185.93 | 2,563.19 |
| Pre Tax Deductions | 225.93 | 3,203.19 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Activity Fund | | 15.00 |
| Critical Illness | 8.87 | 100.48 |
| Thrift Plan Loan (Loan #1) | | 1,432.35 |
| Union Dues | | 316.17 |
| VolBen - WD | 3.71 | 42.00 |
| Post Tax Deductions | 12.58 | 1,906.00 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Employer Basic Life / AD&D | 3.35 | 53.60 |
| Employer Disability | 2.08 | 33.28 |
| Employer HSA Contributions | | 3,000.00 |
| Employer Paid Health Care | 486.52 | 10,216.92 |
| IAM Pension Contribution | 144.00 | 2,319.00 |
| Thrift Plan Basic Employer Match | 82.64 | 1,145.31 |
| Employer Paid Benefits | 718.59 | 16,768.11 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,026.82 | 31,978.62 |
| Medicare - Taxable Wages | 2,026.82 | 31,978.62 |
| Federal Withholding - Taxable Wages | 1,840.89 | 29,415.43 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 50 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| BUTLER ARMCO EMP CU | NET CHECKING | ******5877 | | 1,043.65 | USD |
| BUTLER ARMCO EMP CU | PARTIAL SAVINGS | ******6128 | | 250.00 | USD |



Cleveland-Cliffs Steel Corporation    9227 Centre Point Dr West Chester, OH 45069
Lee Yeager    427 Chicora Rd. Butler, PA 16001

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Lee Yeager | Cleveland-Cliffs Steel Corporation | 1313200 | 04/13/2025 | 04/19/2025 | 04/24/2025 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 88.50 | 3,217.75 | 329.60 | 912.37 | 108.07 | 1,867.71 |
| YTD | 693.50 | 30,537.10 | 2,977.26 | 7,718.77 | 1,893.42 | 17,947.65 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Butler Hourly Bonus | 04/13/2025 - 04/19/2025 | 535 | 0 | 0.00 | 2,208.00 |
| GTL (Imputed Income) | 04/13/2025 - 04/19/2025 | 0 | 0 | 0.87 | 13.05 |
| Group Term Life - Dependent | 04/13/2025 - 04/19/2025 | 0 | 0 | 0.11 | 1.65 |
| Holiday Not Worked | | | 0 | | 495.63 |
| Holiday Worked | 04/13/2025 - 04/19/2025 | 8 | 58.8413 | 470.74 | 1,418.22 |
| IAM Pension Contribution | 04/13/2025 - 04/19/2025 | 54 | 3 | 0.00 | 0.00 |
| Incentive | 04/13/2025 - 04/19/2025 | 0 | 0 | 216.54 | 2,300.16 |
| Overtime - Premium Pay | 04/13/2025 - 04/19/2025 | 19 | 24.0126 | 456.24 | 1,201.86 |
| Regular Base Pay | 04/13/2025 - 04/19/2025 | 53.5 | 35.18 | 1,882.13 | 20,532.83 |
| Shift Differential | | | 0 | | 143.20 |
| Sick & Accident FT | | | 0 | | 1,764.29 |
| Sunday - Premium | 04/13/2025 - 04/19/2025 | 8 | 19.62 | 192.10 | 472.91 |
| Earnings | | | | 3,218.73 | 30,551.80 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 197.08 | 1,857.01 |
| Medicare | 46.09 | 434.30 |
| Federal Withholding | 536.60 | 4,170.55 |
| State Tax - PA | 97.56 | 919.14 |
| SUI-Employee Paid - PA | 2.26 | 21.38 |
| City Tax - BUTLR | 31.78 | 299.39 |
| PA LST - BUTLR | 1.00 | 17.00 |
| Employee Taxes | 912.37 | 7,718.77 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| HSA Contribution | 40.00 | 600.00 |
| Thrift Pre Tax Contribution | 289.60 | 2,377.26 |
| Pre Tax Deductions | 329.60 | 2,977.26 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Activity Fund | | 15.00 |
| Critical Illness | 8.87 | 91.61 |
| Thrift Plan Loan (Loan #1) | 95.49 | 1,432.35 |
| Union Dues | | 316.17 |
| VolBen - WD | 3.71 | 38.29 |
| Post Tax Deductions | 108.07 | 1,893.42 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Employer Basic Life / AD&D | 3.35 | 50.25 |
| Employer Disability | 2.08 | 31.20 |
| Employer HSA Contributions | | 3,000.00 |
| Employer Paid Health Care | 486.52 | 9,730.40 |
| IAM Pension Contribution | 162.00 | 2,175.00 |
| Thrift Plan Basic Employer Match | 128.71 | 1,062.67 |
| Employer Paid Benefits | 782.66 | 16,049.52 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,178.73 | 29,951.80 |
| Medicare - Taxable Wages | 3,178.73 | 29,951.80 |
| Federal Withholding - Taxable Wages | 2,889.13 | 27,574.54 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 50 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| BUTLER ARMCO EMP CU | NET CHECKING | ******5877 | | 1,617.71 | USD |
| BUTLER ARMCO EMP CU | PARTIAL SAVINGS | ******6128 | | 250.00 | USD |



Cleveland-Cliffs Steel Corporation   9227 Centre Point Dr West Chester, OH 45069
Mandy Yeager   427 Chicora Road Butler, PA 16001

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Mandy Yeager | Cleveland-Cliffs Steel Corporation | 3128500 | 06/08/2025 | 06/14/2025 | 06/18/2025 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 0.00 | 312.50 | 0.00 | 40.25 | 0.00 | 272.25 |
| YTD | 937.75 | 36,765.55 | 1,671.74 | 8,722.21 | 3,667.75 | 22,703.85 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Butler Hourly Bonus | | | 0 | | 1,330.00 |
| GTL (Imputed Income) | | | 0 | | 22.61 |
| Holiday Not Worked | | | 0 | | 698.04 |
| Holiday Worked | | | 0 | | 1,243.92 |
| IAM Pension Contribution | 06/08/2025 - 06/14/2025 | 32 | 3 | 0.00 | 0.00 |
| Incentive | | | 0 | | 3,515.92 |
| Overtime - Premium Pay | | | 0 | | 4,288.68 |
| Regular Base Pay | | | 0 | | 19,045.69 |
| Retroactive Adjustment | | | 0 | | 245.42 |
| Shift Differential | | | 0 | | 167.41 |
| Sick & Accident FT | 06/08/2025 - 06/14/2025 | 32 | 0 | 312.50 | 5,401.79 |
| Sunday - Premium | | | 0 | | 345.52 |
| Vacation | | | 0 | | 483.16 |
| Earnings | | | | 312.50 | 36,788.16 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 19.38 | 2,270.33 |
| Medicare | 4.53 | 530.96 |
| Federal Withholding | 2.40 | 4,381.72 |
| State Tax - PA | 9.59 | 1,123.51 |
| SUI-Employee Paid - PA | 0.22 | 25.74 |
| City Tax - BUTLR | 3.13 | 365.95 |
| PA LST - BUTLR | 1.00 | 24.00 |
| Employee Taxes | 40.25 | 8,722.21 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| HSA Contribution | | 170.00 |
| Thrift Pre Tax Contribution | | 1,501.74 |
| Pre Tax Deductions | 0.00 | 1,671.74 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Critical Illness | | 37.23 |
| Thrift Plan Loan (Loan #1) | | 507.26 |
| Thrift Plan Loan (Loan #2) | | 1,253.10 |
| Thrift Post Tax Contribution | | 1,501.74 |
| Union Dues | | 352.27 |
| VolBen - WD | | 16.15 |
| Post Tax Deductions | 0.00 | 3,667.75 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Employer HSA Contributions | | 1,875.00 |
| Employer Paid Health Care | 173.75 | 5,907.50 |
| IAM Pension Contribution | 96.00 | 3,273.00 |
| Medical 401k | | 332.88 |
| Thrift Plan Basic Employer Match | | 901.09 |
| Employer Basic Life / AD&D | | 53.82 |
| Employer Disability | | 37.44 |
| Employer Paid Benefits | 269.75 | 12,380.73 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 312.50 | 36,618.16 |
| Medicare - Taxable Wages | 312.50 | 36,618.16 |
| Federal Withholding - Taxable Wages | 312.50 | 35,116.42 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 10 | |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| armco credit union | armco credit union ******5877 | ******5877 | | 54.45 | USD |
| armco credit union | armco credit union ******1023 | ******1023 | | 217.80 | USD |



# CLIFFS

Cleveland-Cliffs Steel Corporation    9227 Centre Point Dr West Chester, OH 45069
Mandy Yeager    427 Chicora Road Butler, PA 16001

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Mandy Yeager | Cleveland-Cliffs Steel Corporation | 3128500 | 06/01/2025 | 06/07/2025 | 06/12/2025 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 0.00 | 625.00 | 0.00 | 110.49 | 0.00 | 514.51 |
| YTD | 937.75 | 36,453.05 | 1,671.74 | 8,681.96 | 3,667.75 | 22,431.60 |

## Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Butler Hourly Bonus | | | 0 | | 1,330.00 |
| GTL (Imputed Income) | | | 0 | | 22.61 |
| Holiday Not Worked | | | 0 | | 698.04 |
| Holiday Worked | | | 0 | | 1,243.92 |
| IAM Pension Contribution | 06/01/2025 - 06/07/2025 | 40 | 3 | 0.00 | 0.00 |
| Incentive | | | 0 | | 3,515.92 |
| Overtime - Premium Pay | | | 0 | | 4,288.68 |
| Regular Base Pay | | | 0 | | 19,045.69 |
| Retroactive Adjustment | | | 0 | | 245.42 |
| Shift Differential | | | 0 | | 167.41 |
| Sick & Accident FT | 06/01/2025 - 06/07/2025 | 40 | 0 | 625.00 | 5,089.29 |
| Sunday - Premium | | | 0 | | 345.52 |
| Vacation | | | 0 | | 483.16 |
| Earnings | | | | 625.00 | 36,475.66 |

## Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 38.75 | 2,250.95 |
| Medicare | 9.06 | 526.43 |
| Federal Withholding | 35.80 | 4,379.32 |
| State Tax - PA | 19.19 | 1,113.92 |
| SUI-Employee Paid - PA | 0.44 | 25.52 |
| City Tax - BUTLR | 6.25 | 362.82 |
| PA LST - BUTLR | 1.00 | 23.00 |
| Employee Taxes | 110.49 | 8,681.96 |

## Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| HSA Contribution | | 170.00 |
| Thrift Pre Tax Contribution | | 1,501.74 |
| Pre Tax Deductions | 0.00 | 1,671.74 |

## Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Critical Illness | | 37.23 |
| Thrift Plan Loan (Loan #1) | | 507.26 |
| Thrift Plan Loan (Loan #2) | | 1,253.10 |
| Thrift Post Tax Contribution | | 1,501.74 |
| Union Dues | | 352.27 |
| VolBen - WD | | 16.15 |
| Post Tax Deductions | 0.00 | 3,667.75 |

## Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Employer HSA Contributions | | 1,875.00 |
| Employer Paid Health Care | 173.75 | 5,560.00 |
| IAM Pension Contribution | 120.00 | 3,177.00 |
| Medical 401k | | 332.88 |
| Thrift Plan Basic Employer Match | | 901.09 |
| Employer Basic Life / AD&D | | 53.82 |
| Employer Disability | | 37.44 |
| Employer Paid Benefits | 293.75 | 11,937.23 |

## Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 625.00 | 36,305.66 |
| Medicare - Taxable Wages | 625.00 | 36,305.66 |
| Federal Withholding - Taxable Wages | 625.00 | 34,803.92 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 10 | |

## Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| armco credit union | armco credit union ******5877 | ******5877 | | 102.90 | USD |
| armco credit union | armco credit union ******1023 | ******1023 | | 411.61 | USD |



INT256_-_Payroll_P...



**CLIFFS**

Cleveland-Cliffs Steel Corporation   9227 Centre Point Dr West Chester, OH 45069
Mandy Yeager   427 Chicora Road Butler, PA 16001

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Mandy Yeager | Cleveland-Cliffs Steel Corporation | 3128500 | 05/25/2025 | 05/31/2025 | 06/05/2025 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 0.00 | 625.00 | 0.00 | 110.49 | 0.00 | 514.51 |
| YTD | 937.75 | 35,828.05 | 1,671.74 | 8,571.47 | 3,667.75 | 21,917.09 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Butler Hourly Bonus | | | 0 | | 1,330.00 |
| GTL (Imputed Income) | | | 0 | | 22.61 |
| Holiday Not Worked | | | 0 | | 698.04 |
| Holiday Worked | | | 0 | | 1,243.92 |
| IAM Pension Contribution | 05/25/2025 - 05/31/2025 | 40 | 3 | 0.00 | 0.00 |
| Incentive | | | 0 | | 3,515.92 |
| Overtime - Premium Pay | | | 0 | | 4,288.68 |
| Regular Base Pay | | | 0 | | 19,045.69 |
| Retroactive Adjustment | | | 0 | | 245.42 |
| Shift Differential | | | 0 | | 167.41 |
| Sick & Accident FT | 05/25/2025 - 05/31/2025 | 40 | 0 | 625.00 | 4,464.29 |
| Sunday - Premium | | | 0 | | 345.52 |
| Vacation | | | 0 | | 483.16 |
| Earnings | | | | 625.00 | 35,850.66 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 38.75 | 2,212.20 |
| Medicare | 9.06 | 517.37 |
| Federal Withholding | 35.80 | 4,343.52 |
| State Tax - PA | 19.19 | 1,094.73 |
| SUI-Employee Paid - PA | 0.44 | 25.08 |
| City Tax - BUTLR | 6.25 | 356.57 |
| PA LST - BUTLR | 1.00 | 22.00 |
| Employee Taxes | 110.49 | 8,571.47 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| HSA Contribution | | 170.00 |
| Thrift Pre Tax Contribution | | 1,501.74 |
| Pre Tax Deductions | 0.00 | 1,671.74 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Critical Illness | | 37.23 |
| Thrift Plan Loan (Loan #1) | | 507.26 |
| Thrift Plan Loan (Loan #2) | | 1,253.10 |
| Thrift Post Tax Contribution | | 1,501.74 |
| Union Dues | | 352.27 |
| VolBen - WD | | 16.15 |
| Post Tax Deductions | 0.00 | 3,667.75 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Employer HSA Contributions | | 1,875.00 |
| Employer Paid Health Care | 173.75 | 5,212.50 |
| IAM Pension Contribution | 120.00 | 3,057.00 |
| Medical 401k | | 332.88 |
| Thrift Plan Basic Employer Match | | 901.09 |
| Employer Basic Life / AD&D | | 50.83 |
| Employer Disability | | 35.36 |
| Employer Paid Benefits | 293.75 | 11,464.66 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 625.00 | 35,680.66 |
| Medicare - Taxable Wages | 625.00 | 35,680.66 |
| Federal Withholding - Taxable Wages | 625.00 | 34,178.92 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 10 | |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| armco credit union | armco credit union ******5877 | ******5877 | | 102.90 | USD |
| armco credit union | armco credit union ******1023 | ******1023 | | 411.61 | USD |

Case 25-21613-GLT    Doc 16    Filed 07/16/25    Entered 07/16/25 18:44:16    Desc Main
Document      Page 14 of 17



### CLIFFS

Cleveland-Cliffs Steel Corporation   9227 Centre Point Dr West Chester, OH 45069
Mandy Yeager   427 Chicora Road Butler, PA 16001

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Mandy Yeager | Cleveland-Cliffs Steel Corporation | 3128500 | 05/11/2025 | 05/17/2025 | 05/22/2025 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 0.00 | 625.00 | 0.00 | 110.48 | 0.00 | 514.52 |
| YTD | 937.75 | 34,578.05 | 1,671.74 | 8,350.48 | 3,667.75 | 20,888.08 |

#### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Butler Hourly Bonus | | | 0 | | 1,330.00 |
| GTL (Imputed Income) | | | 0 | | 22.61 |
| Holiday Not Worked | | | 0 | | 698.04 |
| Holiday Worked | | | 0 | | 1,243.92 |
| IAM Pension Contribution | 05/11/2025 - 05/17/2025 | 40 | 3 | 0.00 | 0.00 |
| Incentive | | | 0 | | 3,515.92 |
| Overtime - Premium Pay | | | 0 | | 4,288.68 |
| Regular Base Pay | | | 0 | | 19,045.69 |
| Retroactive Adjustment | | | 0 | | 245.42 |
| Shift Differential | | | 0 | | 167.41 |
| Sick & Accident FT | 05/11/2025 - 05/17/2025 | 40 | 0 | 625.00 | 3,214.29 |
| Sunday - Premium | | | 0 | | 345.52 |
| Vacation | | | 0 | | 483.16 |
| Earnings | | | | 625.00 | 34,600.66 |

#### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 38.75 | 2,134.70 |
| Medicare | 9.06 | 499.24 |
| Federal Withholding | 35.80 | 4,271.92 |
| State Tax - PA | 19.19 | 1,056.35 |
| SUI-Employee Paid - PA | 0.43 | 24.20 |
| City Tax - BUTLR | 6.25 | 344.07 |
| PA LST - BUTLR | 1.00 | 20.00 |
| Employee Taxes | 110.48 | 8,350.48 |

#### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| HSA Contribution | | 170.00 |
| Thrift Pre Tax Contribution | | 1,501.74 |
| Pre Tax Deductions | 0.00 | 1,671.74 |

#### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Critical Illness | | 37.23 |
| Thrift Plan Loan (Loan #1) | | 507.26 |
| Thrift Plan Loan (Loan #2) | | 1,253.10 |
| Thrift Post Tax Contribution | | 1,501.74 |
| Union Dues | | 352.27 |
| VolBen - WD | | 16.15 |
| Post Tax Deductions | 0.00 | 3,667.75 |

#### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Employer HSA Contributions | | 1,875.00 |
| Employer Paid Health Care | 173.75 | 4,517.50 |
| IAM Pension Contribution | 120.00 | 2,817.00 |
| Medical 401k | | 332.88 |
| Thrift Plan Basic Employer Match | | 901.09 |
| Employer Basic Life / AD&D | | 50.83 |
| Employer Disability | | 35.36 |
| Employer Paid Benefits | 293.75 | 10,529.66 |

#### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 625.00 | 34,430.66 |
| Medicare - Taxable Wages | 625.00 | 34,430.66 |
| Federal Withholding - Taxable Wages | 625.00 | 32,928.92 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 10 | |

#### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| armco credit union | armco credit union ******5877 | ******5877 | | 102.90 | USD |
| armco credit union | armco credit union ******1023 | ******1023 | | 411.62 | USD |



### CLIFFS

Cleveland-Cliffs Steel Corporation   9227 Centre Point Dr West Chester, OH 45069
Mandy Yeager   427 Chicora Road Butler, PA 16001

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Mandy Yeager | Cleveland-Cliffs Steel Corporation | 3128500 | 05/04/2025 | 05/10/2025 | 05/15/2025 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 0.00 | 625.00 | 0.00 | 110.49 | 0.00 | 514.51 |
| YTD | 937.75 | 33,953.05 | 1,671.74 | 8,240.00 | 3,667.75 | 20,373.56 |

#### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Butler Hourly Bonus | | | 0 | | 1,330.00 |
| GTL (Imputed Income) | | | 0 | | 22.61 |
| Holiday Not Worked | | | 0 | | 698.04 |
| Holiday Worked | | | 0 | | 1,243.92 |
| IAM Pension Contribution | 05/04/2025 - 05/10/2025 | 40 | 3 | 0.00 | 0.00 |
| Incentive | | | 0 | | 3,515.92 |
| Overtime - Premium Pay | | | 0 | | 4,288.68 |
| Regular Base Pay | | | 0 | | 19,045.69 |
| Retroactive Adjustment | | | 0 | | 245.42 |
| Shift Differential | | | 0 | | 167.41 |
| Sick & Accident FT | 05/04/2025 - 05/10/2025 | 40 | 0 | 625.00 | 2,589.29 |
| Sunday - Premium | | | 0 | | 345.52 |
| Vacation | | | 0 | | 483.16 |
| **Earnings** | | | | **625.00** | **33,975.66** |

#### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 38.75 | 2,095.95 |
| Medicare | 9.06 | 490.18 |
| Federal Withholding | 35.80 | 4,236.12 |
| State Tax - PA | 19.19 | 1,037.16 |
| SUI-Employee Paid - PA | 0.44 | 23.77 |
| City Tax - BUTLR | 6.25 | 337.82 |
| PA LST - BUTLR | 1.00 | 19.00 |
| **Employee Taxes** | **110.49** | **8,240.00** |

#### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| HSA Contribution | | 170.00 |
| Thrift Pre Tax Contribution | | 1,501.74 |
| **Pre Tax Deductions** | **0.00** | **1,671.74** |

#### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Critical Illness | | 37.23 |
| Thrift Plan Loan (Loan #1) | | 507.26 |
| Thrift Plan Loan (Loan #2) | | 1,253.10 |
| Thrift Post Tax Contribution | | 1,501.74 |
| Union Dues | | 352.27 |
| VolBen - WD | | 16.15 |
| **Post Tax Deductions** | **0.00** | **3,667.75** |

#### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Employer HSA Contributions | | 1,875.00 |
| Employer Paid Health Care | 173.75 | 4,170.00 |
| IAM Pension Contribution | 120.00 | 2,697.00 |
| Medical 401k | | 332.88 |
| Thrift Plan Basic Employer Match | | 901.09 |
| Employer Basic Life / AD&D | | 50.83 |
| Employer Disability | | 35.36 |
| **Employer Paid Benefits** | **293.75** | **10,062.16** |

#### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 625.00 | 33,805.66 |
| Medicare - Taxable Wages | 625.00 | 33,805.66 |
| Federal Withholding - Taxable Wages | 625.00 | 32,303.92 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 10 | |

#### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| armco credit union | armco credit union ******1023 | ******1023 | | 411.61 | USD |
| armco credit union | armco credit union ******5877 | ******5877 | | 102.90 | USD |

Case 25-21613-JCM   Doc 16   Filed 07/16/25   Entered 07/16/25 18:44:16   Desc Main
Document      Page 16 of 17



### Cleveland-Cliffs Steel Corporation — 9227 Centre Point Dr West Chester, OH 45069
Mandy Yeager   427 Chicora Road Butler, PA 16001

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Mandy Yeager | Cleveland-Cliffs Steel Corporation | 3128500 | 04/27/2025 | 05/03/2025 | 05/08/2025 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 0.00 | 625.00 | 0.00 | 109.50 | 0.00 | 515.50 |
| YTD | 937.75 | 32,881.62 | 1,671.74 | 8,061.08 | 3,667.75 | 19,481.05 |

#### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Butler Hourly Bonus | | 0 | | | 1,330.00 |
| GTL (Imputed Income) | | 0 | | | 22.61 |
| Holiday Not Worked | | 0 | | | 698.04 |
| Holiday Worked | | 0 | | | 1,243.92 |
| IAM Pension Contribution | 04/27/2025 - 05/03/2025 | 40 | 3 | 0.00 | 0.00 |
| Incentive | | 0 | | | 3,515.92 |
| Overtime - Premium Pay | | 0 | | | 4,288.68 |
| Regular Base Pay | | 0 | | | 19,045.69 |
| Retroactive Adjustment | | 0 | | | 245.42 |
| Shift Differential | | 0 | | | 167.41 |
| Sick & Accident FT | 04/27/2025 - 05/03/2025 | 40 | 0 | 625.00 | 1,517.86 |
| Sunday - Premium | | 0 | | | 345.52 |
| Vacation | | 0 | | | 483.16 |
| Earnings | | | | 625.00 | 32,904.23 |

#### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 38.75 | 2,029.52 |
| Medicare | 9.07 | 474.65 |
| Federal Withholding | 35.80 | 4,184.52 |
| State Tax - PA | 19.19 | 1,004.26 |
| SUI-Employee Paid - PA | 0.44 | 23.02 |
| City Tax - BUTLR | 6.25 | 327.11 |
| PA LST - BUTLR | | 18.00 |
| Employee Taxes | 109.50 | 8,061.08 |

#### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| HSA Contribution | | 170.00 |
| Thrift Pre Tax Contribution | | 1,501.74 |
| Pre Tax Deductions | 0.00 | 1,671.74 |

#### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Critical Illness | | 37.23 |
| Thrift Plan Loan (Loan #1) | | 507.26 |
| Thrift Plan Loan (Loan #2) | | 1,253.10 |
| Thrift Post Tax Contribution | | 1,501.74 |
| Union Dues | | 352.27 |
| VolBen - WD | | 16.15 |
| Post Tax Deductions | 0.00 | 3,667.75 |

#### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Employer Basic Life / AD&D | | 53.82 |
| Employer Disability | | 37.44 |
| Employer HSA Contributions | | 1,875.00 |
| Employer Paid Health Care | 173.75 | 3,648.75 |
| IAM Pension Contribution | 120.00 | 2,457.00 |
| Medical 401k | | 332.88 |
| Thrift Plan Basic Employer Match | | 901.09 |
| Employer Paid Benefits | 293.75 | 9,305.98 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 10 | |

#### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| armco credit union | armco credit union ******5877 | ******5877 | | 103.10 | USD |
| armco credit union | armco credit union ******1023 | ******1023 | | 412.40 | USD |



# CLIFFS

Cleveland-Cliffs Steel Corporation  9227 Centre Point Dr West Chester, OH 45069
Mandy Yeager  427 Chicora Road Butler, PA 16001

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Mandy Yeager | Cleveland-Cliffs Steel Corporation | 3128500 | 04/13/2025 | 04/19/2025 | 04/24/2025 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 25.75 | 998.26 | 59.92 | 201.18 | 156.79 | 580.37 |
| YTD | 937.75 | 31,631.62 | 1,671.74 | 7,841.09 | 3,667.75 | 18,451.04 |

## Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Butler Hourly Bonus | 04/13/2025 - 04/19/2025 | 568 | 0 | 0.00 | 1,330.00 |
| GTL (Imputed Income) | 04/13/2025 - 04/19/2025 | 0 | 0 | 1.33 | 22.61 |
| Holiday Not Worked | 04/13/2025 - 04/19/2025 | 8 | 33.555 | 268.44 | 698.04 |
| Holiday Worked | | | 0 | | 1,243.92 |
| IAM Pension Contribution | 04/13/2025 - 04/19/2025 | 26 | 3 | 0.00 | 0.00 |
| Incentive | 04/13/2025 - 04/19/2025 | 0 | 0 | 81.70 | 3,515.92 |
| Overtime - Premium Pay | 04/13/2025 - 04/19/2025 | 8 | 16.7775 | 134.22 | 4,288.68 |
| Regular Base Pay | 04/13/2025 - 04/19/2025 | 17.75 | 28.76 | 510.49 | 19,045.69 |
| Retroactive Adjustment | | | 0 | | 245.42 |
| Shift Differential | 04/13/2025 - 04/19/2025 | 0 | 0 | 3.41 | 167.41 |
| Sick & Accident FT | | | 0 | | 267.86 |
| Sunday - Premium | | | 0 | | 345.52 |
| Vacation | | | 0 | | 483.16 |
| Earnings | | | | 999.59 | 31,654.23 |

## Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 61.35 | 1,952.02 |
| Medicare | 14.35 | 456.52 |
| Federal Withholding | 83.56 | 4,112.92 |
| State Tax - PA | 30.34 | 965.88 |
| SUI-Employee Paid - PA | 0.70 | 22.14 |
| City Tax - BUTLR | 9.88 | 314.61 |
| PA LST - BUTLR | 1.00 | 17.00 |
| Employee Taxes | 201.18 | 7,841.09 |

## Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| HSA Contribution | 10.00 | 170.00 |
| Thrift Pre Tax Contribution | 49.92 | 1,501.74 |
| Pre Tax Deductions | 59.92 | 1,671.74 |

## Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Critical Illness | 2.19 | 37.23 |
| Thrift Plan Loan (Loan #1) | 29.90 | 507.26 |
| Thrift Plan Loan (Loan #2) | 73.83 | 1,253.10 |
| Thrift Post Tax Contribution | 49.92 | 1,501.74 |
| Union Dues | | 352.27 |
| VolBen - WD | 0.95 | 16.15 |
| Post Tax Deductions | 156.79 | 3,667.75 |

## Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Employer Basic Life / AD&D | 2.99 | 50.83 |
| Employer Disability | 2.08 | 35.36 |
| Employer HSA Contributions | | 1,875.00 |
| Employer Paid Health Care | 173.75 | 3,127.50 |
| IAM Pension Contribution | 78.00 | 2,217.00 |
| Medical 401k | 8.88 | 332.88 |
| Thrift Plan Basic Employer Match | 29.95 | 901.09 |
| Employer Paid Benefits | 295.65 | 8,539.66 |

## Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 989.59 | 31,484.23 |
| Medicare - Taxable Wages | 989.59 | 31,484.23 |
| Federal Withholding - Taxable Wages | 939.67 | 29,982.49 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 10 | |

## Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| armco credit union | armco credit union ******5877 | ******5877 | | 116.07 | USD |
| armco credit union | armco credit union ******1023 | ******1023 | | 464.30 | USD |