IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:<br>**Lee A. Yeager**<br>**Mandy S. Yeager**<br><br>Debtor<br><br>**Lee A. Yeager**<br>**Mandy S. Yeager**<br><br>Movant<br><br>v.<br><br>No Respondent | : : : : : : : : : : : : : : | Bankruptcy No. **25-21613-JCM**<br><br>Chapter **13**<br><br>Related to Document No. |

## NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I, __**Dennis M. Sloan 83784**__, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above captioned case regarding the filing of the completed schedules.

By: **/s/ Dennis M. Sloan**
Signature
**Dennis M. Sloan 83784**
Typed Name
**106 S. Main Street, Suite 305**
**Butler, PA 16001**
Address
**(724) 284-9092 Fax:(724) 871-5588**
Phone No.
**83784 PA**
List Bar I.D. and State of Admission

**PAWB Local Form 30 (07/13)**

AIS Portfolio Services, LP
Attn: Ally Bank Department
4515 N Santa Fe Avenue
Department APS
Oklahoma City, OK 73118

Ally
PO Box 380903
Minneapolis, MN 55438-0903

Armco Credit Union
PO Box 1589
Butler, PA 16003

Armstrong County Memorial Hospital-PP
PO Box 645555
Pittsburgh, PA 15264

Butler Ambulance Service
106 First Street
Butler, PA 16001-4719

Butler Anesthesia Associates
PO Box 645587
Pittsburgh, PA 15264-5253

Butler Armco Employees Credit Union
PO Box 1589
Butler, PA 16003

Butler Emergency Phys Associates Inc
PO Box 641575
Pittsburgh, PA 15264

Butler Imaging and Interventional Assoc
9360 River Road
Marcy, NY 13403

Butler Medical Providers
PO Box 1549
Butler, PA 16003-1549

Butler Memorial Hospital
PO Box 37171
Baltimore, MD 21297-3171

Butler Memorial Hospital
One Hospital Way
Butler, PA 16001

Capital One
PO Box 71087
Charlotte, NC 28272-1087

```
Capital One
PO Box 30285
Salt Lake City, UT 84130

Capital One, N.A.
PO Box 31293
Salt Lake City, UT 84131

Care Credit/Synchrony Bank
PO Box 71715
Philadelphia, PA 19176

Carrington Mortgage Services LLC
PO Box 7015
Pasadena, CA 91109

Carrington Mortgage Services, LLC
PO Box 54285
Irvine, CA 92619

Citi Cards
PO Box 70166
Philadelphia, PA 19176-0166

Citibank, NA
5800 South Corporate Place
Sioux Falls, SD 57108

Comenity Capital Bank
Attn:  Bankruptcy Department
PO Box 183043
Columbus, OH 43218

Comenity Capital Bank
PO Box 183003
Columbus, OH 43218

Comenity Capital Bank/Boscovs
3095 Loyalty Circle
Building A
Columbus, OH 43219

Comenity-Boscov's
PO Box 650965
Dallas, TX 75265-0965

Denise Carlon, Esq.
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106

Discover Card
PO Box 70176
Philadelphia, PA 19176
```

```
Foundation Radiology Group
PO Box 554895
Detroit, MI 48255

Kenneth L. Ashbaugh
1015 Center Avenue
Butler, PA 16001

Lendmark Financial Services
257 Butler Commons
Butler, PA 16001

Lendmark Financial Services, LLC
2118 Usher Street
Covington, GA 30014

Loancare
PO Box 8068
Virginia Beach, VA 23450

Loancare Servicing
3637 Sentara Way
Virginia Beach, VA 23452

Lowe's/Synchrony Bank
PO Box 669807
Dallas, TX 75266

Lowes Business Acct/Syncb
PO Box 669824
Dallas, TX 75266

Murphy Dental Associates
607 North Main Street
Butler, PA 16001

Pennsylvania Department of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128-0946

Stellantis Financial
PO Box 205749
Dallas, TX 75320

Stellantis Financial Services
5757 Woodway Drive
Suite 400
Houston, TX 77057

Steven K. Eisenberg, Esquire
Stern & Eisenberg, PC
1581 Main Street, Ste. 200
The Shops at Valley Square
Warrington, PA 18976
```

Syncb/Care Credit
PO Box 71757
Philadelphia, PA 19176

Synchrony Bank
Attn:  Bankruptcy Department
PO Box 965061
Orlando, FL 32896

Synchrony Bank
PO Box 71726
Philadelphia, PA 19176

Synchrony Bank
PO Box 71754
Philadelphia, PA 19176

Tammy Serafine
139 N. Butler Church Road
Chicora, PA 16025

U.S. Department of Housing and Urban Dev
801 Market Street, 12th Floor
Philadelphia, PA 19107

Wells Fargo
Attn: Bankruptcy Department
420 Montgomery Street
San Francisco, CA 94104

Wells Fargo Bank, N.A.
PO Box 10347
Des Moines, IA 50306