| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Lee A. Yeager<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–5732<br>EIN: __–_____ | |
| Debtor 2:<br>(Spouse, if filing) | Mandy S. Yeager<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–1593<br>EIN: __–_____ | |
| United States Bankruptcy Court: | WESTERN DISTRICT OF PENNSYLVANIA | Date case filed for chapter: 13   6/20/25 | |
| Case number: | 25–21613–JCM | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.

Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Lee A. Yeager | Mandy S. Yeager |
| 2. | **All other names used in the last 8 years** | | fka Mandy S. Campbell |
| 3. | **Address** | 427 Chicora Road<br>Butler, PA 16001 | 427 Chicora Road<br>Butler, PA 16001 |
| 4. | **Debtor's attorney**<br>Name and address | Dennis M. Sloan<br>Sloan & Associates, P.C.<br>106 S. Main Street<br>Suite 305<br>Butler, PA 16001 | Contact phone 724–284–9092<br>Email: sloanassoc@zoominternet.net |
| 5. | **Bankruptcy trustee**<br>Name and address | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Contact phone 412–471–5566<br>Email: cmecf@chapter13trusteewdpa.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 412–644–2700<br><br>Date: 7/18/25 |

For more information, see page 2

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **September 29, 2025 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 984 369 3045, and Passcode 6747057013, call**<br>**1–412–532–8861** For additional information, go to: https://www.justice.gov/ust/moc |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 11/28/25** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 8/29/25** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 12/17/25** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. Claims can be filed electronically through the court's website at http://www.pawb.uscourts.gov/filing-proof-claim using the Electronic Proof of Claim ("ePOC") System. Additional information regarding obtaining a proof of claim form (Official Form B410) and filing a proof of claim, including information regarding filing a claim by regular mail, can be found at the court's website at http://www.pawb.uscourts.gov/filing-proof-claim.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan, objections and hearing** | The debtor has filed a plan, which is attached. An initial meeting on confirmation will be held by the chapter 13 trustee and will be held immediately following the meeting of creditors on:<br>**9/29/25** at **09:00 AM**, Location: **Same location as the Meeting of Creditors.**<br><br>Creditors have the duty to promptly review all plans and present any objections in a timely manner. **Objections to the initial Chapter 13 plan shall be filed with the bankruptcy clerk's office and served on the debtor, counsel for the debtor (if any), and the Chapter 13 Trustee by no later than 7 days before meeting of creditors.** Parties objecting to the Plan must attend the meeting of creditors duly scheduled pursuant to Section 7 above. To the extent a written objection is not resolved at the meeting of creditors/conciliated initial confirmation hearing or prior to or at the date set for continued conciliation conferences the plan will be set for a contested plan hearing. If no objections are timely filed, or filed objections are not prosecuted at the initial confirmation hearing or continued conciliation conferences, the Trustee may assume and the court may determine that the objection has been withdrawn, and the plan has been proposed in good faith and not by any means forbidden by law without receiving evidence on such issues. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Lee A. Yeager  
Mandy S. Yeager  
    Debtors

Case No. 25-21613-JCM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 4  
Date Rcvd: Jul 18, 2025     Form ID: 309iPGH     Total Noticed: 58

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Lee A. Yeager, Mandy S. Yeager, 427 Chicora Road, Butler, PA 16001-2303 |
| aty | + | Denise Carlon, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| cr | + | Carrington Mortgage Services, LLC, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976, UNITED STATES 18976-3403 |
| 16558403 | + | Armco Credit Union, PO Box 1589, Butler, PA 16003-1589 |
| 16558404 | + | Armstrong County Memorial Hospital-PP, PO Box 645555, Pittsburgh, PA 15264-5253 |
| 16558405 | | Butler Ambulance Service, 106 First Street, Butler, PA 16001-4719 |
| 16558406 | | Butler Anesthesia Associates, PO Box 645587, Pittsburgh, PA 15264-5253 |
| 16558408 | + | Butler Emergency Phys Associates Inc, PO Box 641575, Pittsburgh, PA 15264-1575 |
| 16558409 | + | Butler Imaging and Interventional Assoc, 9360 River Road, Marcy, NY 13403-2070 |
| 16558410 | | Butler Medical Providers, PO Box 1549, Butler, PA 16003-1549 |
| 16558412 | + | Butler Memorial Hospital, One Hospital Way, Butler, PA 16001-4697 |
| 16558411 | | Butler Memorial Hospital, PO Box 37171, Baltimore, MD 21297-3171 |
| 16558425 | + | Denise Carlon, Esq., KML Law Group, P.C., BNY Mellon Independence Center, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 16558427 | + | Foundation Radiology Group, PO Box 554895, Detroit, MI 48255-4895 |
| 16558428 | + | Kenneth L. Ashbaugh, 1015 Center Avenue, Butler, PA 16001-6516 |
| 16548267 | + | Lendmark Financial Services, LLC, 257 Butler Commons, Butler, PA 16001-2485 |
| 16558435 | + | Murphy Dental Associates, 607 North Main Street, Butler, PA 16001-4306 |
| 16558439 | + | Steven K. Eisenberg, Esquire, Stern & Eisenberg, PC, 1581 Main Street, Ste. 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 16558444 | + | Tammy Serafine, 139 N. Butler Church Road, Chicora, PA 16025-3701 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: sloanassoc@zoominternet.net | Jul 19 2025 00:17:00 | Dennis M. Sloan, Sloan & Associates, P.C., 106 S. Main Street, Suite 305, Butler, PA 16001 |
| aty | ^ | MEBN | Jul 19 2025 00:02:52 | Steven K. Eisenberg, Stern and Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| tr | + | Email/Text: bnc@chapter13trusteewdpa.com | Jul 19 2025 00:17:00 | Ronda J. Winnecour, Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA 15219-2702 |
| smg | | EDI: PENNDEPTREV | Jul 19 2025 04:01:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| ust | + | Email/Text: ustpregion03.pi.ecf@usdoj.gov | Jul 19 2025 00:18:00 | Office of the United States Trustee, 1000 Liberty Avenue, Suite 1316, Pittsburgh, PA 15222-4013 |
| cr | + | EDI: AISACG.COM | Jul 19 2025 04:01:00 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 |

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 18, 2025 | Form ID: 309iPGH | Total Noticed: 58 |

| | | | | |
|---|---|---|---|---|
| | | | | N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 16558401 | + | EDI: AISACG.COM | Jul 19 2025 04:01:00 | AIS Portfolio Services, LP, Attn: Ally Bank Department, 4515 N Santa Fe Avenue, Department APS, Oklahoma City, OK 73118-7901 |
| 16558402 | | EDI: GMACFS.COM | Jul 19 2025 04:01:00 | Ally, PO Box 380903, Minneapolis, MN 55438-0903 |
| 16558407 | + | Email/Text: akolander@armcocu.com | Jul 19 2025 00:18:00 | Butler Armco Employees Credit Union, PO Box 1589, Butler, PA 16003-1589 |
| 16558417 | | Email/Text: BKBCNMAIL@carringtonms.com | Jul 19 2025 00:17:00 | Carrington Mortgage Services LLC, PO Box 7015, Pasadena, CA 91109 |
| 16558418 | | Email/Text: BKBCNMAIL@carringtonms.com | Jul 19 2025 00:17:00 | Carrington Mortgage Services, LLC, PO Box 54285, Irvine, CA 92619 |
| 16558413 | | EDI: CAPITALONE.COM | Jul 19 2025 04:01:00 | Capital One, PO Box 71087, Charlotte, NC 28272-1087 |
| 16558414 | + | EDI: CAPITALONE.COM | Jul 19 2025 04:01:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 16558415 | + | EDI: CAPITALONE.COM | Jul 19 2025 04:01:00 | Capital One, N.A., PO Box 31293, Salt Lake City, UT 84131-0293 |
| 16558416 | + | EDI: SYNC | Jul 19 2025 04:01:00 | Care Credit/Synchrony Bank, PO Box 71715, Philadelphia, PA 19176-1715 |
| 16558419 | | EDI: CITICORP | Jul 19 2025 04:01:00 | Citi Cards, PO Box 70166, Philadelphia, PA 19176-0166 |
| 16558420 | + | EDI: CITICORP | Jul 19 2025 04:01:00 | Citibank, NA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 16558421 | + | EDI: WFNNB.COM | Jul 19 2025 04:01:00 | Comenity Capital Bank, Attn: Bankruptcy Department, PO Box 183043, Columbus, OH 43218-3043 |
| 16558422 | + | EDI: WFNNB.COM | Jul 19 2025 04:01:00 | Comenity Capital Bank, PO Box 183003, Columbus, OH 43218-3003 |
| 16558423 | + | EDI: WFNNB.COM | Jul 19 2025 04:01:00 | Comenity Capital Bank/Boscovs, 3095 Loyalty Circle, Building A, Columbus, OH 43219-3673 |
| 16558424 | | EDI: WFNNB.COM | Jul 19 2025 04:01:00 | Comenity-Boscov's, PO Box 650965, Dallas, TX 75265-0965 |
| 16558426 | + | EDI: DISCOVER | Jul 19 2025 04:01:00 | Discover Card, PO Box 70176, Philadelphia, PA 19176-0176 |
| 16548268 | | Email/Text: bk@lendmarkfinancial.com | Jul 19 2025 00:17:00 | Lendmark Financial Services, LLC, 2118 Usher Street, Covington, GA 30014 |
| 16558431 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Jul 19 2025 00:17:00 | Loancare, PO Box 8068, Virginia Beach, VA 23450-8068 |
| 16558432 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Jul 19 2025 00:17:00 | Loancare Servicing, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 16558433 | + | EDI: SYNC | Jul 19 2025 04:01:00 | Lowe's/Synchrony Bank, PO Box 669807, Dallas, TX 75266-0759 |
| 16558434 | + | EDI: SYNC | Jul 19 2025 04:01:00 | Lowes Business Acct/Syncb, PO Box 669824, Dallas, TX 75266-0781 |
| 16548652 | | EDI: PENNDEPTREV | Jul 19 2025 04:01:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 16556347 | | EDI: Q3G.COM | Jul 19 2025 04:01:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 16558437 | ^ | MEBN | Jul 19 2025 00:03:17 | Stellantis Financial, PO Box 205749, Dallas, TX 75320-5749 |
| 16558438 | ^ | MEBN | Jul 19 2025 00:03:01 | Stellantis Financial Services, 5757 Woodway Drive, Suite 400, Houston, TX 77057-1520 |
| 16558440 | + | EDI: SYNC | Jul 19 2025 04:01:00 | Syncb/Care Credit, PO Box 71757, Philadelphia, PA 19176-1757 |
| 16558443 | + | EDI: SYNC | Jul 19 2025 04:01:00 | Synchrony Bank, PO Box 71754, Philadelphia, PA 19176-1754 |
| 16558442 | + | EDI: SYNC | Jul 19 2025 04:01:00 | Synchrony Bank, PO Box 71726, Philadelphia, PA 19176-1726 |
| 16558441 | + | EDI: SYNC | Jul 19 2025 04:01:00 | Synchrony Bank, Attn: Bankruptcy Department, PO Box 965061, Orlando, FL 32896-5061 |
| 16558445 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jul 19 2025 01:20:15 | U.S. Department of Housing and Urban Dev, 801 Market Street, 12th Floor, Philadelphia, PA 19107 |
| 16548787 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jul 19 2025 01:20:15 | U.S. Department of Housing and Urban Development, 801 Market Street, 12th Floor, Philadelphia, PA 19107 |
| 16558446 | + | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Jul 19 2025 00:19:32 | Wells Fargo, Attn: Bankruptcy Department, 420 Montgomery Street, San Francisco, CA 94104-1298 |
| 16558447 | + | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Jul 19 2025 00:20:44 | Wells Fargo Bank, N.A., PO Box 10347, Des Moines, IA 50306-0347 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LAKEVIEW LOAN SERVICING, LLC |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 16558430 | *P++ | LENDMARK FINANCIAL SERVICES, 2118 USHER ST, COVINGTON GA 30014-2434, address filed with court:, Lendmark Financial Services, LLC, 2118 Usher Street, Covington, GA 30014 |
| 16558429 | *+ | Lendmark Financial Services, 257 Butler Commons, Butler, PA 16001-2485 |
| 16558436 | * | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 1 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 20, 2025        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2025 at the address(es) listed below:

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jul 18, 2025 | Form ID: 309iPGH | Total Noticed: 58 |

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com |
| Dennis M. Sloan | on behalf of Joint Debtor Mandy S. Yeager sloanassoc@zoominternet.net dsloan@sloanassoc.com |
| Dennis M. Sloan | on behalf of Debtor Lee A. Yeager sloanassoc@zoominternet.net dsloan@sloanassoc.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Steven K. Eisenberg | on behalf of Creditor Carrington Mortgage Services LLC seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com |

TOTAL: 6