| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Lee A. Yeager<br>First Name    Middle Name    Last Name | Social Security number or ITIN:<br>EIN: | xxx–xx–5732<br>__–_____ |
| Debtor 2:<br>(Spouse, if filing) | Mandy S. Yeager<br>First Name    Middle Name    Last Name | Social Security number or ITIN:<br>EIN: | xxx–xx–1593<br>__–_____ |
| United States Bankruptcy Court: | WESTERN DISTRICT OF PENNSYLVANIA | Date case filed in chapter: | 13    6/20/25 |
| Case number: | 25–21613–JCM | Date case converted to chapter: | 7    8/15/25 |

## Official Form 309B (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set                        10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

|  |  | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Lee A. Yeager | Mandy S. Yeager |
| 2. | **All other names used in the last 8 years** |  | fka Mandy S. Campbell |
| 3. | **Address** | 427 Chicora Road<br>Butler, PA 16001 | 427 Chicora Road<br>Butler, PA 16001 |
| 4. | **Debtor's attorney**<br>Name and address | Dennis M. Sloan<br>Sloan & Associates, P.C.<br>106 S. Main Street<br>Suite 305<br>Butler, PA 16001 | Contact phone 724–284–9092<br><br>Email: sloanassoc@zoominternet.net |
| 5. | **Bankruptcy trustee**<br>Name and address | Crystal H. Thornton–Illar<br>LEECHTISHMAN<br>525 William Penn Place<br>28th Floor<br>Pittsburgh, PA 15219 | Contact phone 412–261–1600<br><br>Email: cthornton–Illar@leechtishman.com |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 412–644–2700<br><br>Date: 8/15/25 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **September 15, 2025 at 12:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 451 616 4812, and Passcode 6001318900, call 1–412–239–8484**<br><br>For additional information, go to: https://www.justice.gov/ust/moc |
| **8.      Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | The presumption of abuse does not arise. |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4) or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 11/14/25** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 10/24/25** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 12/17/25** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property that is not exempt. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim as described above. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-21613-JCM |
| Lee A. Yeager | Chapter 7 |
| Mandy S. Yeager | |
|     Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 4
Date Rcvd: Aug 15, 2025      Form ID: 309B      Total Noticed: 61

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Lee A. Yeager, Mandy S. Yeager, 427 Chicora Road, Butler, PA 16001-2303 |
| aty | + | Denise Carlon, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| cr | + | Carrington Mortgage Services, LLC, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976, UNITED STATES 18976-3403 |
| 16558403 | + | Armco Credit Union, PO Box 1589, Butler, PA 16003-1589 |
| 16558404 | + | Armstrong County Memorial Hospital-PP, PO Box 645555, Pittsburgh, PA 15264-5253 |
| 16558405 | | Butler Ambulance Service, 106 First Street, Butler, PA 16001-4719 |
| 16558406 | | Butler Anesthesia Associates, PO Box 645587, Pittsburgh, PA 15264-5253 |
| 16558408 | + | Butler Emergency Phys Associates Inc, PO Box 641575, Pittsburgh, PA 15264-1575 |
| 16558409 | + | Butler Imaging and Interventional Assoc, 9360 River Road, Marcy, NY 13403-2070 |
| 16558410 | | Butler Medical Providers, PO Box 1549, Butler, PA 16003-1549 |
| 16558411 | | Butler Memorial Hospital, PO Box 37171, Baltimore, MD 21297-3171 |
| 16558412 | + | Butler Memorial Hospital, One Hospital Way, Butler, PA 16001-4697 |
| 16558425 | + | Denise Carlon, Esq., KML Law Group, P.C., BNY Mellon Independence Center, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 16558427 | + | Foundation Radiology Group, PO Box 554895, Detroit, MI 48255-4895 |
| 16558428 | + | Kenneth L. Ashbaugh, 1015 Center Avenue, Butler, PA 16001-6516 |
| 16548267 | + | Lendmark Financial Services, LLC, 257 Butler Commons, Butler, PA 16001-2485 |
| 16558435 | + | Murphy Dental Associates, 607 North Main Street, Butler, PA 16001-4306 |
| 16558439 | + | Steven K. Eisenberg, Esquire, Stern & Eisenberg, PC, 1581 Main Street, Ste. 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 16558444 | + | Tammy Serafine, 139 N. Butler Church Road, Chicora, PA 16025-3701 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: sloanassoc@zoominternet.net | Aug 16 2025 00:24:00 | Dennis M. Sloan, Sloan & Associates, P.C., 106 S. Main Street, Suite 305, Butler, PA 16001 |
| aty | ^ | MEBN | Aug 16 2025 00:18:41 | Steven K. Eisenberg, Stern and Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| tr | + | EDI: BCHTHORNTONILLR | Aug 16 2025 04:19:00 | Crystal H. Thornton-Illar, LEECHTISHMAN, 525 William Penn Place, 28th Floor, Pittsburgh, PA 15219-1728 |
| smg | | EDI: PENNDEPTREV | Aug 16 2025 04:19:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| ust | + | Email/Text: ustpregion03.pi.ecf@usdoj.gov | Aug 16 2025 00:24:00 | Office of the United States Trustee, 1000 Liberty Avenue, Suite 1316, Pittsburgh, PA 15222-4013 |
| 16558401 | + | EDI: AISACG.COM | | |

| Recipient ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Aug 16 2025 04:19:00 | AIS Portfolio Services, LP, Attn: Ally Bank Department, 4515 N Santa Fe Avenue, Department APS, Oklahoma City, OK 73118-7901 |
| 16558402 | | EDI: GMACFS.COM | Aug 16 2025 04:19:00 | Ally, PO Box 380903, Minneapolis, MN 55438-0903 |
| 16564795 | + | EDI: AISACG.COM | Aug 16 2025 04:19:00 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 16558407 | + | Email/Text: akolander@armcocu.com | Aug 16 2025 00:24:00 | Butler Armco Employees Credit Union, PO Box 1589, Butler, PA 16003-1589 |
| 16558417 | | Email/Text: BKBCNMAIL@carringtonms.com | Aug 16 2025 00:24:00 | Carrington Mortgage Services LLC, PO Box 7015, Pasadena, CA 91109 |
| 16558418 | | Email/Text: BKBCNMAIL@carringtonms.com | Aug 16 2025 00:24:00 | Carrington Mortgage Services, LLC, PO Box 54285, Irvine, CA 92619 |
| 16558413 | | EDI: CAPITALONE.COM | Aug 16 2025 04:19:00 | Capital One, PO Box 71087, Charlotte, NC 28272-1087 |
| 16558414 | + | EDI: CAPITALONE.COM | Aug 16 2025 04:19:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 16558415 | + | EDI: CAPITALONE.COM | Aug 16 2025 04:19:00 | Capital One, N.A., PO Box 31293, Salt Lake City, UT 84131-0293 |
| 16560406 | | EDI: DISCOVER | Aug 16 2025 04:19:00 | Capital One, N.A., successor by merger to Discover, PO Box 3025, New Albany, OH 43054-3025 |
| 16558416 | + | EDI: SYNC | Aug 16 2025 04:19:00 | Care Credit/Synchrony Bank, PO Box 71715, Philadelphia, PA 19176-1715 |
| 16558419 | | EDI: CITICORP | Aug 16 2025 04:19:00 | Citi Cards, PO Box 70166, Philadelphia, PA 19176-0166 |
| 16558420 | + | EDI: CITICORP | Aug 16 2025 04:19:00 | Citibank, NA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 16558421 | + | EDI: WFNNB.COM | Aug 16 2025 04:19:00 | Comenity Capital Bank, Attn: Bankruptcy Department, PO Box 183043, Columbus, OH 43218-3043 |
| 16558422 | + | EDI: WFNNB.COM | Aug 16 2025 04:19:00 | Comenity Capital Bank, PO Box 183003, Columbus, OH 43218-3003 |
| 16558423 | + | EDI: WFNNB.COM | Aug 16 2025 04:19:00 | Comenity Capital Bank/Boscovs, 3095 Loyalty Circle, Building A, Columbus, OH 43219-3673 |
| 16558424 | | EDI: WFNNB.COM | Aug 16 2025 04:19:00 | Comenity-Boscov's, PO Box 650965, Dallas, TX 75265-0965 |
| 16558426 | + | EDI: DISCOVER | Aug 16 2025 04:19:00 | Discover Card, PO Box 70176, Philadelphia, PA 19176-0176 |
| 16566624 | | EDI: JEFFERSONCAP.COM | Aug 16 2025 04:19:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 16548268 | | Email/Text: bk@lendmarkfinancial.com | Aug 16 2025 00:24:00 | Lendmark Financial Services, LLC, 2118 Usher Street, Covington, GA 30014 |
| 16558431 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Aug 16 2025 00:24:00 | Loancare, PO Box 8068, Virginia Beach, VA 23450-8068 |
| 16558432 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Aug 16 2025 00:24:00 | Loancare Servicing, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 16558433 | + | EDI: SYNC | Aug 16 2025 04:19:00 | Lowe's/Synchrony Bank, PO Box 669807, Dallas, TX 75266-0759 |
| 16558434 | + | EDI: SYNC | Aug 16 2025 04:19:00 | Lowes Business Acct/Syncb, PO Box 669824, Dallas, TX 75266-0781 |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 15, 2025 | Form ID: 309B | Total Noticed: 61 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 16548652 | | EDI: PENNDEPTREV<br>Aug 16 2025 04:19:00 | | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 16556347 | | EDI: Q3G.COM<br>Aug 16 2025 04:19:00 | | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 16560699 | + | Email/Text: shari.stephenson@revcosolutions.com<br>Aug 16 2025 00:24:00 | | REVCO SOLUTIONS, INC., 9339 PRIORITY WAY WEST DR #120, INDIANAPOLIS, IN 46240-6430 |
| 16558437 | ^ | MEBN<br>Aug 16 2025 00:18:55 | | Stellantis Financial, PO Box 205749, Dallas, TX 75320-5749 |
| 16558438 | ^ | MEBN<br>Aug 16 2025 00:18:51 | | Stellantis Financial Services, 5757 Woodway Drive, Suite 400, Houston, TX 77057-1520 |
| 16558440 | + | EDI: SYNC<br>Aug 16 2025 04:19:00 | | Syncb/Care Credit, PO Box 71757, Philadelphia, PA 19176-1757 |
| 16558443 | + | EDI: SYNC<br>Aug 16 2025 04:19:00 | | Synchrony Bank, PO Box 71754, Philadelphia, PA 19176-1754 |
| 16558442 | + | EDI: SYNC<br>Aug 16 2025 04:19:00 | | Synchrony Bank, PO Box 71726, Philadelphia, PA 19176-1726 |
| 16558441 | + | EDI: SYNC<br>Aug 16 2025 04:19:00 | | Synchrony Bank, Attn: Bankruptcy Department, PO Box 965061, Orlando, FL 32896-5061 |
| 16558445 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov<br>Aug 16 2025 00:38:26 | | U.S. Department of Housing and Urban Dev, 801 Market Street, 12th Floor, Philadelphia, PA 19107 |
| 16548787 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov<br>Aug 16 2025 00:38:26 | | U.S. Department of Housing and Urban Development, 801 Market Street, 12th Floor, Philadelphia, PA 19107 |
| 16558446 | + | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com<br>Aug 16 2025 00:38:22 | | Wells Fargo, Attn: Bankruptcy Department, 420 Montgomery Street, San Francisco, CA 94104-1298 |
| 16558447 | + | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com<br>Aug 16 2025 00:38:15 | | Wells Fargo Bank, N.A., PO Box 10347, Des Moines, IA 50306-0347 |

TOTAL: 42

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LAKEVIEW LOAN SERVICING, LLC |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 16558430 | *P++ | LENDMARK FINANCIAL SERVICES, 2118 USHER ST, COVINGTON GA 30014-2434, address filed with court:, Lendmark Financial Services, LLC, 2118 Usher Street, Covington, GA 30014 |
| 16558429 | *+ | Lendmark Financial Services, 257 Butler Commons, Butler, PA 16001-2485 |
| 16558436 | * | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 1 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the

Case 25-21613-JCM   Doc 37   Filed 08/17/25   Entered 08/18/25 00:28:02   Desc Imaged
Certificate of Notice   Page 6 of 6

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Aug 15, 2025 | Form ID: 309B | Total Noticed: 61 |

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| Date: Aug 17, 2025 | Signature: | /s/Gustava Winters |
|---|---|---|

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Crystal H. Thornton-Illar | cthornton-Illar@leechtishman.com PA95@ecfcbis.com;dbender@leechtishman.com |
| Denise Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com |
| Dennis M. Sloan | on behalf of Joint Debtor Mandy S. Yeager sloanassoc@zoominternet.net dsloan@sloanassoc.com |
| Dennis M. Sloan | on behalf of Debtor Lee A. Yeager sloanassoc@zoominternet.net dsloan@sloanassoc.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Steven K. Eisenberg | on behalf of Creditor Carrington Mortgage Services LLC seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com |

TOTAL: 7