## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

LEE A. YEAGER
MANDY S. YEAGER
       Debtor(s)

Case No.:25-21613

Ronda J. Winnecour
       Movant
     vs.
No Respondents.

Document No.:

---

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 06/20/2025  and confirmed on 01/01/1900 .  The case was subsequently (F)CONVERTED BEFORE CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 3,864.47 |
| Less Refunds to Debtor | 3,864.47 | |
| TOTAL AMOUNT OF PLAN FUND | | 0.00 |

| | | |
|---|---:|---:|
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 0.00 | |
| Trustee Fee | 0.00 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 0.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| ARMCO CREDIT UNION* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0300 | | | | |
| CARRINGTON MORTGAGE SERVICES LL( | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5159 | | | | |
| LOANCARE SERVICING CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 148 | | | | |
| US DEPARTMENT OF HUD** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3400 | | | | |
| LENDMARK FINANCIAL SERVICES LLC | 4,211.85 | 0.00 | 0.00 | 0.00 |
| Acct: 5325 | | | | |
| ALLY BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2479 | | | | |
| ARMCO CREDIT UNION* | 19,478.05 | 0.00 | 0.00 | 0.00 |
| Acct: 0097 | | | | |

* * * N O N E * * *

| Priority | | | | |
|---|---:|---:|---:|---:|
| DENNIS M SLOAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
| LEE A. YEAGER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LEE A. YEAGER | 3,864.47 | 3,864.47 | 0.00 | 0.00 |
| Acct: | | | | |
| SLOAN & ASSOCIATES PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PA DEPARTMENT OF REVENUE* | 57.71 | 0.00 | 0.00 | 0.00 |
| Acct: 5732 | | | | |
| | ***N O N E*** | | | |
| **Unsecured** | | | | |
| ARMCO CREDIT UNION* | 6,986.42 | 0.00 | 0.00 | 0.00 |
| Acct: 0100 | | | | |
| ARMSTRONG COUNTY MEMORIAL HOSPI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2554 | | | | |
| BUTLER AMBULANCE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6898 | | | | |
| BUTLER ANESTHESIA ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0337 | | | | |
| BUTLER EMERGENCY PHYS ASSOC INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0506 | | | | |
| BUTLER IMAGING & INTERVENTION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5491 | | | | |
| BUTLER MEDICAL PROVIDERS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1264 | | | | |
| BUTLER MEDICAL PROVIDERS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0549 | | | | |
| BUTLER MEMORIAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9286 | | | | |
| CAPITAL ONE BANK (USA) NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5998 | | | | |
| CAPITAL ONE BANK (USA) NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1454 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9812 | | | | |
| QUANTUM3 GROUP LLC - AGENT FOR CF | 11,630.23 | 0.00 | 0.00 | 0.00 |
| Acct: 4255 | | | | |
| CITIBANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0040 | | | | |
| CITIBANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3402 | | | | |
| COMENITY CAPITAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9210 | | | | |
| COMENITY CAPITAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6246 | | | | |
| CAPITAL ONE NA S/B/M TO DISCOVER BA | 10,930.54 | 0.00 | 0.00 | 0.00 |
| Acct: 9827 | | | | |
| FOUNDATION RADIOLOGY GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: FRGP | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 8,031.04 | 0.00 | 0.00 | 0.00 |
| Acct: 3982 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4778 | | | | |
| BONETT MURPHY DENTAL ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5523 | | | | |
| STELLANTIS FINANCIAL SERVICES INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| WELLS FARGO BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1649 | | | | |

25-21613 **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** Page 3 of 3

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| WELLS FARGO BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9674 | | | | |
| REVCO SOLUTIONS INC | 1,233.19 | 0.00 | 0.00 | 0.00 |
| Acct: 9436 | | | | |
| PA DEPARTMENT OF REVENUE* | 2.85 | 0.00 | 0.00 | 0.00 |
| Acct: 5732 | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| STERN & EISENBERG LP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KENNETH ASHBAUGH | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| TAMMY SERAFINE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

* * * N O N E * * *

TOTAL PAID TO CREDITORS                                                                 0.00

TOTAL CLAIMED
PRIORITY           57.71
SECURED        23,689.90
UNSECURED      38.814.27

Date: 08/26/2025                              /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com