Certificate Number: 15317-PAW-DE-040101304

Bankruptcy Case Number: 25-21613



15317-PAW-DE-040101304

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>September 17, 2025</u>, at <u>2:20</u> o'clock <u>PM PDT</u>, <u>Mandy S Yeager</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date: September 17, 2025

By: /s/Jerry Fajardo

Name: Jerry Fajardo

Title: Counselor