IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. **25-21613-JCM** |
| **Lee A. Yeager** | : | |
| **Mandy S. Yeager** | : | Chapter **7** |
| | : | |
| Debtor | : | |
| | : | Related to Document No. |
| **Lee A. Yeager** | : | |
| **Mandy S. Yeager** | : | |
| | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondent | : | |

**NOTICE REGARDING MODIFICATION TO MAILING MATRIX**

In accordance with Local Bankruptcy Rule 1007-1(f) I, __**Dennis M. Sloan 83784**__ , counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above captioned case regarding the filing of an amendment to Schedule F:

East Butler VFC & Relief Association  
PO Box 162  
East Butler, PA 16029-0162

US Acute Care Solutions  
ATTN #16143CW  
PO Box 33000  
Belfast, ME  04915-2062

By: **/s/ Dennis M. Sloan**
Signature
**Dennis M. Sloan 83784**
Typed Name
**106 S. Main Street, Suite 305**
**Butler, PA 16001**
Address
**(724) 284-9092 Fax:(724) 871-5588**
Phone No.
**83784 PA**
List Bar I.D. and State of Admission

**PAWB Local Form 30 (07/13)**