UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Bankr. No. 25-21613-JCM |
| | : | |
| Lee A. Yeager and Mandy S. Yeager, | : | Chapter 7 |
| | : | |
| | : | Document No. |
| | : | Related to Docs. No. 34, 50, 52 |
| Debtors | : | |
| | : | |
| Lee A. Yeager and Mandy S. Yeager, | : | |
| | : | |
| Movants | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondent | : | |

CERTIFICATE OF SERVICE OF
ORDER, 341 MEETING OF CREDITORS NOTICE AND AMENDMENT TO SCHEDULE F

     I hereby certify that I served or caused to be served on this 25th day of September, 2025 a true and correct copy of the Order dated September 24, 2025, the 341 Meeting of Creditors Notice and the Amendment to Schedule F upon the parties at the addresses specified below or on the attached list.

The type(s) of service made on the parties was First Class Mail

| | |
|---|---|
| Office of the U.S. Trustee<br>1000 Liberty Avenue<br>Suite 1316<br>Pittsburgh, PA 15222 | East Butler VFC & Relief Association<br>PO Box 162<br>East Butler, PA 16029-0162 |
| US Acute Care Solutions<br>ATTN # 16143CW<br>PO Box 33000<br>Belfast, ME 04915-2062 | Crystal H. Thornton-Illar<br>LEECHTISHMAN<br>525 William Penn Place<br>28th Floor<br>Pittsburgh, PA 15219 |

                                          Respectfully submitted,
                                          /s/Dennis M. Sloan
                                          Dennis M. Sloan
                                          Attorney for Debtors
                                          PA Bar #83784
                                          Sloan & Associates, P.C.
                                          106 S. Main Street, Suite 305
                                          Butler, PA 16001
                                          (724) 284-9092
                                          sloanassoc@zoominternet.net