| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Lee A. Yeager<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–5732<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Mandy S. Yeager<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–1593<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:    25–21613–JCM | | |

## Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Lee A. Yeager                                Mandy S. Yeager
                                             fka Mandy S. Campbell

11/26/25                        **By the court:**  John C Melaragno
                                                    United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-21613-JCM |
| Lee A. Yeager | Chapter 7 |
| Mandy S. Yeager | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Nov 26, 2025 | Form ID: 318 | Total Noticed: 64 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 28, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Lee A. Yeager, Mandy S. Yeager, 427 Chicora Road, Butler, PA 16001-2303 |
| cr | + | Carrington Mortgage Services, LLC, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976, UNITED STATES 18976-3403 |
| cr | + | Stellantis Financial Services US, Lefkoff, Rubin, Gleason Russo & Williams, 5555 Glenridge Connector, Suite 900, Atlanta, GA 30342 UNITED STATES 30342-4762 |
| 16558403 | + | Armco Credit Union, PO Box 1589, Butler, PA 16003-1589 |
| 16558404 | + | Armstrong County Memorial Hospital-PP, PO Box 645555, Pittsburgh, PA 15264-5253 |
| 16558405 | | Butler Ambulance Service, 106 First Street, Butler, PA 16001-4719 |
| 16558406 | | Butler Anesthesia Associates, PO Box 645587, Pittsburgh, PA 15264-5253 |
| 16558408 | + | Butler Emergency Phys Associates Inc, PO Box 641575, Pittsburgh, PA 15264-1575 |
| 16558409 | + | Butler Imaging and Interventional Assoc, 9360 River Road, Marcy, NY 13403-2070 |
| 16558410 | | Butler Medical Providers, PO Box 1549, Butler, PA 16003-1549 |
| 16558412 | + | Butler Memorial Hospital, One Hospital Way, Butler, PA 16001-4697 |
| 16558411 | | Butler Memorial Hospital, PO Box 37171, Baltimore, MD 21297-3171 |
| 16558425 | + | Denise Carlon, Esq., KML Law Group, P.C., BNY Mellon Independence Center, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 16583382 | | East Butler VFC & Relief Association, PO Box 162, East Butler, PA 16029-0162 |
| 16558427 | + | Foundation Radiology Group, PO Box 554895, Detroit, MI 48255-4895 |
| 16558428 | + | Kenneth L. Ashbaugh, 1015 Center Avenue, Butler, PA 16001-6516 |
| 16548267 | + | Lendmark Financial Services, LLC, 257 Butler Commons, Butler, PA 16001-2485 |
| 16558435 | + | Murphy Dental Associates, 607 North Main Street, Butler, PA 16001-4306 |
| 16558439 | + | Steven K. Eisenberg, Esquire, Stern & Eisenberg, PC, 1581 Main Street, Ste. 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 16558444 | + | Tammy Serafine, 139 N. Butler Church Road, Chicora, PA 16025-3701 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Nov 27 2025 05:37:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| 16558401 | + | EDI: AISACG.COM | Nov 27 2025 05:37:00 | AIS Portfolio Services, LP, Attn: Ally Bank Department, 4515 N Santa Fe Avenue, Department APS, Oklahoma City, OK 73118-7901 |
| 16558402 | | EDI: GMACFS.COM | Nov 27 2025 05:30:00 | Ally, PO Box 380903, Minneapolis, MN 55438-0903 |
| 16564795 | + | EDI: AISACG.COM | Nov 27 2025 05:37:00 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 16558407 | + | Email/Text: akolander@armcocu.com | Nov 27 2025 00:41:45 | Butler Armco Employees Credit Union, PO Box |

Case 25-21613-JCM    Doc 62    Filed 11/28/25    Entered 11/29/25 00:33:07    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0315-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 26, 2025 | Form ID: 318 | Total Noticed: 64 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 16558417 | | Email/Text: BKBCNMAIL@carringtonms.com | Nov 27 2025 00:40:00 | 1589, Butler, PA 16003-1589<br>Carrington Mortgage Services LLC, PO Box 7015, Pasadena, CA 91109 |
| 16573027 | | Email/Text: BKBCNMAIL@carringtonms.com | Nov 27 2025 00:40:00 | Carrington Mortgage Services, LLC, 1600 S. Douglass Road, Anaheim, CA 92806 |
| 16558418 | | Email/Text: BKBCNMAIL@carringtonms.com | Nov 27 2025 00:40:00 | Carrington Mortgage Services, LLC, PO Box 54285, Irvine, CA 92619 |
| 16558413 | | EDI: CAPITALONE.COM | Nov 27 2025 05:30:00 | Capital One, PO Box 71087, Charlotte, NC 28272-1087 |
| 16558414 | + | EDI: CAPITALONE.COM | Nov 27 2025 05:30:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 16558415 | + | EDI: CAPITALONE.COM | Nov 27 2025 05:30:00 | Capital One, N.A., PO Box 31293, Salt Lake City, UT 84131-0293 |
| 16560406 | | EDI: DISCOVER | Nov 27 2025 05:30:00 | Capital One, N.A., successor by merger to Discover, PO Box 3025, New Albany, OH 43054-3025 |
| 16558416 | + | EDI: SYNC | Nov 27 2025 05:30:00 | Care Credit/Synchrony Bank, PO Box 71715, Philadelphia, PA 19176-1715 |
| 16558419 | | EDI: CITICORP | Nov 27 2025 05:30:00 | Citi Cards, PO Box 70166, Philadelphia, PA 19176-0166 |
| 16558420 | + | EDI: CITICORP | Nov 27 2025 05:30:00 | Citibank, NA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 16558421 | + | EDI: WFNNB.COM | Nov 27 2025 05:37:00 | Comenity Capital Bank, Attn: Bankruptcy Department, PO Box 183043, Columbus, OH 43218-3043 |
| 16558422 | + | EDI: WFNNB.COM | Nov 27 2025 05:37:00 | Comenity Capital Bank, PO Box 183003, Columbus, OH 43218-3003 |
| 16558423 | + | EDI: WFNNB.COM | Nov 27 2025 05:37:00 | Comenity Capital Bank/Boscovs, 3095 Loyalty Circle, Building A, Columbus, OH 43219-3673 |
| 16558424 | | EDI: WFNNB.COM | Nov 27 2025 05:37:00 | Comenity-Boscov's, PO Box 650965, Dallas, TX 75265-0965 |
| 16558426 | + | EDI: DISCOVER | Nov 27 2025 05:30:00 | Discover Card, PO Box 70176, Philadelphia, PA 19176-0176 |
| 16566624 | | EDI: JEFFERSONCAP.COM | Nov 27 2025 05:37:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 16548268 | | Email/Text: bk@lendmarkfinancial.com | Nov 27 2025 00:40:00 | Lendmark Financial Services, LLC, 2118 Usher Street, Covington, GA 30014 |
| 16571928 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 27 2025 00:53:53 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16558431 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Nov 27 2025 00:40:00 | Loancare, PO Box 8068, Virginia Beach, VA 23450-8068 |
| 16558432 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Nov 27 2025 00:40:00 | Loancare Servicing, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 16558433 | + | EDI: SYNC | Nov 27 2025 05:30:00 | Lowe's/Synchrony Bank, PO Box 669807, Dallas, TX 75266-0759 |
| 16558434 | + | EDI: SYNC | Nov 27 2025 05:30:00 | Lowes Business Acct/Syncb, PO Box 669824, Dallas, TX 75266-0781 |
| 16568663 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 27 2025 00:40:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 16599985 | | EDI: PRA.COM | Nov 27 2025 05:37:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |

| District/off: 0315-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 26, 2025 | Form ID: 318 | Total Noticed: 64 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 16548652 | | EDI: PENNDEPTREV | Nov 27 2025 05:37:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 16556347 | | EDI: Q3G.COM | Nov 27 2025 05:37:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 16560699 | + | Email/Text: shari.stephenson@revcosolutions.com | Nov 27 2025 00:40:00 | REVCO SOLUTIONS, INC., 9339 PRIORITY WAY WEST DR #120, INDIANAPOLIS, IN 46240-6430 |
| 16558437 | ^ | MEBN | Nov 27 2025 00:32:35 | Stellantis Financial, PO Box 205749, Dallas, TX 75320-5749 |
| 16558438 | ^ | MEBN | Nov 27 2025 00:32:27 | Stellantis Financial Services, 5757 Woodway Drive, Suite 400, Houston, TX 77057-1520 |
| 16558440 | + | EDI: SYNC | Nov 27 2025 05:30:00 | Syncb/Care Credit, PO Box 71757, Philadelphia, PA 19176-1757 |
| 16558443 | + | EDI: SYNC | Nov 27 2025 05:30:00 | Synchrony Bank, PO Box 71754, Philadelphia, PA 19176-1754 |
| 16558442 | + | EDI: SYNC | Nov 27 2025 05:30:00 | Synchrony Bank, PO Box 71726, Philadelphia, PA 19176-1726 |
| 16558441 | + | EDI: SYNC | Nov 27 2025 05:30:00 | Synchrony Bank, Attn: Bankruptcy Department, PO Box 965061, Orlando, FL 32896-5061 |
| 16583383 | ^ | MEBN | Nov 27 2025 00:32:28 | US Acute Care Solutions, ATTN #16143CW, PO Box 33000, Belfast, ME 04915-2062 |
| 16558445 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Nov 27 2025 00:53:53 | U.S. Department of Housing and Urban Dev, 801 Market Street, 12th Floor, Philadelphia, PA 19107 |
| 16548787 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Nov 27 2025 00:53:53 | U.S. Department of Housing and Urban Development, 801 Market Street, 12th Floor, Philadelphia, PA 19107 |
| 16558446 | + | EDI: WFFC2 | Nov 27 2025 05:30:00 | Wells Fargo, Attn: Bankruptcy Department, 420 Montgomery Street, San Francisco, CA 94104-1298 |
| 16558447 | + | EDI: WFCCSBK | Nov 27 2025 05:30:00 | Wells Fargo Bank, N.A., PO Box 10347, Des Moines, IA 50306-0347 |
| 16568700 | | EDI: WFCCSBK | Nov 27 2025 05:30:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 44

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LAKEVIEW LOAN SERVICING, LLC |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 16558430 | *P++ | LENDMARK FINANCIAL SERVICES, 2118 USHER ST, COVINGTON GA 30014-2434, address filed with court:, Lendmark Financial Services, LLC, 2118 Usher Street, Covington, GA 30014 |
| 16558429 | *+ | Lendmark Financial Services, 257 Butler Commons, Butler, PA 16001-2485 |
| 16558436 | * | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 1 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

| | | |
|---|---|---|
| District/off: 0315-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Nov 26, 2025 | Form ID: 318 | Total Noticed: 64 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 28, 2025         Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 26, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Crystal H. Thornton-Illar | cthornton-Illar@leechtishman.com PA95@ecfcbis.com;dbender@leechtishman.com |
| Denise Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com |
| Dennis M. Sloan | on behalf of Joint Debtor Mandy S. Yeager sloanassoc@zoominternet.net dsloan@sloanassoc.com |
| Dennis M. Sloan | on behalf of Debtor Lee A. Yeager sloanassoc@zoominternet.net dsloan@sloanassoc.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Steven K. Eisenberg | on behalf of Creditor Carrington Mortgage Services LLC seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com |
| William E. Craig | on behalf of Creditor Stellantis Financial Services US wcraig@egalawfirm.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 7